**IT IS ORDERED as set forth below:**



**Date: April 6, 2021**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| CROWN ASSETS, LLC, | ) | Case No. 20-21451-JRS |
| | ) | |
| Debtor. | ) | |
| SAHIB ARORA, VINEET SINGH, | ) | Removed Case: |
| KING GROUP MGMT, LLC, | ) | Fulton County, Superior Court |
| MAHARAJA INVESTMENTS, LLC, | ) | Case no. 2020cv339119 |
| & ZILLIONAIRE ASSETS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| CHARANJEEV SINGH, | ) | Adversary Proceeding No. |
| KARAN S. AHUJA, | ) | 20-02041-JRS |
| JARNAIL SINGH, | ) | |
| JONIKA ARORA, | ) | |
| CROWN ASSETS, LLC, | ) | |
| 2551 E PINETREE BLVD MGMT LLC, | ) | |
| 2551 EAST PINETREE BLVD LLC, | ) | |
| 4319 COVINGTON HWY LLC, | ) | |
| 140 W DYKES STREET LLC, | ) | |
| 1604 E OGLETHORPE BLVD LLC, | ) | |
| KING ASSETS, LLC, & | ) | |
| 2505 S MAIN STREET, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

1

### ORDER DENYING DEFENDANTS MOTION TO DISMISS

The matter before the Court is Defendants' Motion to Dismiss in Part (the "Motion") filed on October 28, 2020 [Adv. Doc. 20]. Plaintiffs filed a Response in Opposition on November 17, 2020 [Adv. Doc. 26]. Defendants filed a Reply in Support of the Motion [Adv. Doc. 35] and Plaintiffs filed a court-permitted Surreply [Adv. Doc. 44]. Oral argument on the Motion was held on January 26, 2021 after which the Court requested additional briefing on several issues. Supplemental Briefs and Responses were filed by the Defendants [Adv. Docs. 54, 70] and the Plaintiffs [Adv. Docs. 55, 71]. After considering all matters of record and for the reasons stated in the hearing on April 6, 2021, it is hereby

**ORDERED** that the Motion to Dismiss is **DENIED** without prejudice.

The Clerk is directed to serve this Order on Plaintiffs, Plaintiffs' counsel, Defendants, and Defendants' counsel.

### END OF DOCUMENT