**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**

```
 1                IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        GAINESVILLE DIVISION

 3    IN RE:                       )
                                   )
 4    CROWN ASSETS, LLC            )  Case No.: 20-21451
                                   )
 5         Debtor.                 )  Chapter 11
      _____)
 6                                 )
      SAHIB ARORA; VINEET SINGH;   )  Removed Case:
 7    KING GROUP MGMT, LLC;        )
      MAHARAJA INVESTMENTS, LLC;   )  Fulton County, Superior
 8    and ZILLIONAIRE ASSETS, LLC, )  Court,
                                   )  Case No. 2020CV339119
 9         Petitioners,            )
                                   )
10    v.                           )  Adversary Proceeding
                                   )  No.: 20-02041-JRS
11    CHARANJEEV SINGH; KARAN S.   )
      AHUJA; JARNAIL SINGH; JONIKA )
12    ARORA; CROWN ASSETS, LLC;    )
      2551 EAST PINETREE BLVD, LLC;)
13    4319 COVINGTON HWY, LLC;     )
      140 W. DYKE STREET, LLC;     )
14    1604 E. OGLETHORPE BLVD, LLC;)
      KING ASSETS, LLC; and 2505 S.)
15    MAIN STREET, LLC.,           )
                                   )
16         Respondents.           )
      _____

17

18
                      ZOOM VIDEO-CONFERENCED
19
                         DEPOSITION OF
20

21                      HARSIMRAN ARORA

22

23

24

25
```

1                          DEPOSITION   OF

2

3                        HARSIMRAN ARORA

4

5                          March 8, 2021
                              1:53 p.m.
6

7

8                     The Dominy Law Firm, LLC
                       1629 Monroe Drive N.E.
9                         Atlanta, Georgia

10

11                    Janet R. Allen, CCR-B-1213

12

13

14                        A P P E A R A N C E S

15   On behalf of the Petitioners:

16        MICHAEL A. DOMINY, Esq.
          The Dominy Law Firm, LLC
17        1629 Monroe Drive, N.E.
          Atlanta, Georgia 30324
18        P:  (404) 900-9570
          E:  michael@dominylaw.com
19

20   On behalf of 2551 East Pinetree Blvd, LLC:

21        JARED K. HODGES, Esq. - via Zoom
          Knowles Gallant Law Firm
22        6400 Powers Ferry Road
          Suite 350
23        Atlanta, Georgia 30339
          P:  404.590.3912
24        E:  jhodges@knowlesgallant.com

25   ///

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 3

```
 1    On behalf of the Debtor Crown Assets, LLC and
      Remaining Crown Respondents:
 2
          DAVID S. KLEIN, Esq.
 3        Roundtree, Leitman & Klein, LLC
          Century Plaza I
 4        2987 Clairmont Road
          Suite 350
 5        Atlanta, Georgia 30329
          P:  (404) 584-1238
 6        E:  dklein@rlklawfirm.com

 7
          MATTHEW R. THIRY, Esq.
 8        Special Counsel for the Debtor
          Matt Thiry Law, LLC
 9        P.O. Box 923054
          Peachtree Corners, Georgia 30010
10        P:  (678) 883-6127
          E:  matt@mattthirylaw.com
11

12    On behalf of TC Federal Bank:

13        IAN S. MACDONALD, Esq. - via Zoom
          Clark Partington
14        215 South Monroe Street
          Suite 530
15        Tallahassee, Florida 32301
          P:  850.320.6825
16        E:  imacdonald@clarkpartington.com

17
      Also Present:
18
          Charanjeev Singh
19        Karan Ahuja
          Jarnail Singh
20        Jonika Arora
          Vineet Singh
21

22    Interpreter:

23        Ms. Meenu Batra - via Zoom

24

25
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 4

```
 1                 C O N T E N T S

 2               E X A M I N A T I O N

 3                                              PAGE

 4   Cross-Examination by Mr. Thiry....................  6

 5
                       - - -
 6

 7                 E X H I B I T S

 8   Respondents'        Description              Page

 9   Exhibit 23     Real Estate Listings of Harsimran
                    Arora                          10
10
     Exhibit 24     Goal Statement of Harsimran Arora   11
11
     Exhibit 25     WhatsApp Message Chain of
12                  Harsimran Arora and Jonika Arora    34

13

14

15

16

17

18

19

20

21   Transcript Legend:

22   -              Interjection of thought for clarification.
     (sic)          Exactly as said.
23   (phonetic)     Exact spelling unknown
     --             Break in speech continuity.
24   . . .          Indicates trailing off or did not complete
                    thought or omission of word[s] when reading.
25   Quoted material is typed as spoken.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 5

```
 1                    P R O C E E D I N G S

 2                          - - -

 3          (Meenu Batra was sworn in as the

 4      interpreter)

 5                          - - -

 6          MR. THIRY:   Michael, same stipulations?

 7          MR. DOMINY:  Yes.

 8          MR. THIRY:  Great.  Thanks.

 9                          - - -

10          (It was agreed by and between counsel for

11      the respective parties that the stipulations

12      governing the taking of the deposition of

13      Sahib Singh Arora will likewise govern the

14      taking of the deposition of Harsimran Arora)

15                          - - -

16  Whereupon,

17                      HARSIMRAN ARORA,

18  having first been duly sworn, was deposed and testified

19  through the interpreter as follows:

20                      CROSS-EXAMINATION

21  BY MR. THIRY:

22      Q    Ma'am, my name is Matt Thiry and I represent

23  the respondents -- most of the respondents in this case

24  and I am going to be taking your deposition today.

25          MR. THIRY:  This is the deposition of
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    **Page 6**

 1        Harsimran Arora.  It's being taken for use in

 2        this case and for all legal purposes.

 3   BY MR. THIRY:  (Resuming)

 4        Q    If you do not understand a question I ask,

 5   please let me know, otherwise, I will assume that you

 6   understand my question.  Is that okay?

 7        A    Yes.

 8        Q    Please answer all questions orally.  We have

 9   an interpreter working with us today.  We also have a

10   court reporter that's taking down the testimony.  So we

11   need to make sure everybody can hear your answers.  Is

12   that okay?

13        A    Yes.

14        Q    If you need to take a break, just let us know.

15        A    Okay.

16        Q    You understand that the testimony you are

17   giving today is sworn under oath and subject to the

18   penalties of perjury; correct?

19        A    Fine.

20        Q    Please state your full name for the record.

21        A    Dr. Harsimran Arora.

22        Q    Do you have any impairments, whether physical

23   or mental or otherwise, that would prevent you from

24   providing accurate testimony today?

25        A    No.

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 7

1      Q    Are you currently on any medication that could

2   impact your ability to provide accurate and complete

3   testimony today?

4      A    No.

5      Q    Have you ever been deposed before?

6      A    No.

7      Q    Prior to this lawsuit, have you ever offered

8   any sworn testimony before?

9      A    No.

10     Q    Have you ever been a party to a lawsuit?

11     A    No.

12     Q    In what year were you born?

13     A    1990.

14     Q    Were you born in India?

15     A    Yes.

16     Q    Do you currently live in the United States?

17     A    Yes.

18     Q    When did you move to the United States?

19     A    January 2019.  I've been resting even before

20   that, but for my education I stayed in India.

21     Q    Why did you move to the United States?

22     A    My family is here.

23     Q    Who currently resides with you at your home?

24     A    Mom, dad, and two of my brothers.

25     Q    Does your husband live with you?

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.

**Harsimran Arora on 03/08/2021**                                    Page 8

```
 1      A    He's in India.

 2      Q    Does he live in India?

 3      A    Yes.

 4      Q    Does he visit the United States?

 5      A    Yes.

 6      Q    How frequently?

 7      A    Rarely.  Like, he came this year and before he

 8   came five years ago.  He came to U.S. with me in 2019.

 9      Q    How long did he stay when he came with you in

10   2019?

11      A    I don't remember exactly.  Perhaps six to

12   eight months.  I don't remember exactly.

13      Q    Did he have a visa?

14      A    Obviously, that's the reason he came to the

15   U.S.  He wouldn't be able to come to U.S. without visa.

16      Q    What kind of visa did he have?

17      A    Visitor.

18      Q    Do you speak English?

19      A    Yes.

20      Q    When did you first learn English?

21      A    I learned a little bit in school because the

22   school instructions were an English medium.

23           MR. THIRY:  Ma'am, can you read that

24      answer back.  I didn't hear it because of the

25      truck that drove by.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 9

```
 1                       - - -

 2            (Whereupon, the court reporter read back

 3       as requested)

 4                       - - -

 5    BY MR. THIRY:  (Resuming)

 6       Q    When did you first start learning English in

 7    school?

 8       A    In nursery.

 9       Q    Did you attend medical school?

10       A    Yes.

11       Q    What language did you study in when you were

12    in medical school?

13       A    English.

14       Q    When you were in medical school, were your

15    exams in English?

16       A    Yes.

17       Q    Do you read and write English?

18       A    Yes.

19       Q    You are a licensed realtor in Georgia;

20    correct?

21       A    Yes.

22       Q    Did you take a course in order to become a

23    realtor?

24       A    Yes.

25       Q    Was that course in English?
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 10

1      A    Yes.

2      Q    Did you take and pass an examination in order

3   to receive your realtor license?

4      A    Yes.

5      Q    Was the examination in English?

6      A    Yes.

7      Q    As a realtor, have you been involved in the

8   preparation of contracts to purchase and sale real

9   estate in Georgia?

10      A    Yes.

11      Q    Have those contracts been in English?

12      A    Yes.

13                    - - -

14      (Whereupon, Exhibit 23 was marked for

15      identification)

16                    - - -

17   BY MR. THIRY:  (Resuming)

18      Q    (Presenting)  I'm handing you what has been

19   marked as Exhibit 23.

20      A    (Viewing).

21      Q    And as a realtor, you work with Virtual

22   Properties Realty as your broker; correct?

23      A    Yes.

24      Q    This exhibit is a printout of information

25   available online about you as a real estate agent,

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 11

```
1   including recent and sold listings.  Does it look

2   accurate to you?

3       A    Yes, I sold this place.  I sold 500 Cedar

4   Road, and the 2526 Panola Road is my brother's place.

5   No, it was 500 West Avenue is the one that I sold.

6       Q    This document is in English also; correct?

7       A    Yes.

8                       - - -

9       (Whereupon, Exhibit 24 was marked for

10      identification)

11                      - - -

12   BY MR. THIRY:  (Resuming)

13       Q    (Presenting)  Let me hand you Exhibit 24.

14       A    (Viewing).

15       Q    This also came from Virtual Properties Realty.

16   It's a -- appears to be a Goal Statement.  Does this

17   look accurate to you?

18       A    Yes, absolutely correct.

19       Q    And this is in English as well; correct?

20       A    Yes, it is in English, but I did not write

21   this down because my company provided the format.  I

22   just copied and pasted.

23       Q    When you communicate with your broker, do you

24   communicate in English or in Punjabi?

25       A    If the brokers are English speakers, I speak
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 12

```
 1   in English.  If they are Punjabi speakers, I speak in
 2   Punjabi.
 3        Q    Do you have voicemail attached to your office
 4   telephone number?
 5        A    No.  It's not working.
 6        Q    Do you have voicemail attached to your direct
 7   telephone number?
 8        A    That's the one that's not working.  My work
 9   number is not working.
10        Q    If you will go back to Exhibit 23 for a
11   moment.  Your voicemail for both of those telephone
12   numbers is not currently working; is that correct?
13        A    The direct line is the one that is not
14   functioning.  The office -- I never receive phone calls
15   on that number.  The receptionist receives phone calls
16   at that number.  The office receptionist receives this
17   and she provides me with a message.
18        Q    Do you know whether the receptionist answers
19   the phone in English or Punjabi?
20        A    Receptionist must be speaking either in
21   English or Spanish.  I do not know because I haven't
22   spoken with her.
23        Q    Do you require an interpreter to speak with
24   your broker?
25        A    No.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                        Page 13

1     Q    Do you require an interpreter to prepare

2    contracts for your clients?

3     A    No.  I can get help from my family or I can

4    research the question or answers online.

5          MR. THIRY:  Michael, I just want to go

6          ahead and put on the record that I think based

7          on her testimony, she has a pretty good grasp

8          of the English language.

9          MR. DOMINY:  Uh-huh (affirmative).

10         MR. THIRY:  She's been speaking it since

11         pre-school.  Went to medical school, took

12         exams, took a Georgia real estate course and

13         license test in English, communicates

14         regularly in English.

15         I think that the interpreter at this

16         point in time --

17         THE INTERPRETER:  Will you tell them that

18         all the fighting that took place happened --

19         it took place in Punjabi.  I feel comfortable

20         in Punjabi and I do require services of an

21         interpreter.

22         MR. THIRY:  Except that she just

23         completely interpreted my statement to you in

24         English without the help of an interpreter.

25         So I'm just putting on the record that if

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.
Harsimran Arora on 03/08/2021                                    Page 14

```
 1        we are forced to continue with an interpreter
 2        for this deposition, we are going to ask for a
 3        fee-shifting motion to go to the Court.
 4        Because I don't think there is a reason that
 5        we should have to go through this translation
 6        process with this particular witness.
 7             MR. DOMINY:  Understood.
 8             MR. THIRY:  Okay.
 9   BY MR. THIRY:  (Resuming)
10        Q    Ma'am, what have you done to prepare for
11   today's deposition?
12        A    I have consulted with my lawyer and I have
13   spoken with my family.
14        Q    And is Michael Dominy your lawyer?
15        A    Yes.
16        Q    Which members of your family have you
17   consulted with?
18        A    Mom, dad, brothers, and husband.
19        Q    Have you reviewed any documents to prepare for
20   today's deposition?
21        A    Yes.
22        Q    What documents?
23        A    The affidavits, the statements, the things
24   that Charanjeev stole, all that, bank statements, and
25   the property that he stole with forgery, I have reviewed
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                   Page 15

1   all that.

2       Q    What conversations did you have with your mom

3   about this deposition?

4       A    I didn't understand the question.

5       Q    You've testified that you had conversations

6   with your mom in preparation for today's deposition.

7   What conversation did you have with your mom?

8       A    I talked to my mom.  She advised me that you

9   need to go and speak the truth and you must help get the

10  thieves caught.  The thieves Charan, dad, mom, and

11  Karan, all four need to be caught.  Charan, Jarnail

12  Singh, Jonika, and Karan Ahuja.

13      Q    You indicated that you spoke with your dad as

14  well.  What did you discuss with your dad?

15      A    He also said that -- it was just about the

16  same.  I spoke to him about the case and he told me how

17  he was tortured by Jarnail Singh.  All he wanted to have

18  the properties turned into his name.  He also guided me

19  to tell the truth.  He said that all he wanted was the

20  properties and the money, even during the time of the

21  marriage.

22      Q    You also indicated that you spoke to your

23  husband in preparation for today's deposition.  What did

24  you discuss with your husband about today's deposition?

25      A    I told him that today is the deposition.  He

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                    Page 16

1  is in India.  He said, "Do not be afraid.  Go tell the

2  truth.  All these theives need to be caught."

3       Q    It's been stated that your family received

4  threats from my clients.  When did you first become

5  aware of these alleged threats?

6       A    These threats were received in 2019 around

7  August, September.  My dad told me that Uncle Jarnail

8  and his family, they were threatening that if the

9  properties are not turned over to their names, they will

10  mess up my wedding.  This is what my father told me.

11          My father told me, "You don't need to

12  interfere.  I'm trying to solve this on my own."  He

13  told me not to interfere.  He said, "You need to

14  maintain your relationship."

15          Until then, I was considering Uncle Jarnail as

16  my father and Aunt Jonika as my mother and they all used

17  me.

18          THE WITNESS:  (In English)  I need a

19      break.

20          MR. DOMINY:  Is that okay?

21          MR. THIRY:  Sure.

22          MR. DOMINY:  Just for a minute.

23          MR. THIRY:  Sure.

24                        - - -

25          (Whereupon, a brief break was taken)

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.
Harsimran Arora on 03/08/2021                                   Page 17

 1                        - - -

 2            MR. THIRY:  Madam interpreter, can you

 3       hear me?

 4            THE INTERPRETER:  Yes, I can.

 5            MR. THIRY:  Okay.  Thank you.

 6            Are you ready to proceed?

 7            THE WITNESS:  Yes.

 8  BY MR. THIERY:  (Resuming)

 9       Q    So is it your testimony that you became aware

10  of the threats sometime in August or September of 2019?

11       A    Yes.

12       Q    And it was your father that told you about the

13  threats; is that correct?

14       A    Yes.

15       Q    Did anyone else tell you about the threats?

16       A    In September Vineet came to the U.S. with Papa

17  Meharban.  Before he called me, he was very -- he said,

18  "They are upsetting us a lot, Uncle Jarnail and kids and

19  family.  You should take a look at your credit card.

20  They have been stealing money."

21            So I checked my credit card and Charan has

22  been using up my credit card.  So I called him to

23  confront, "Have you been using my credit card?"

24            Initially, he did not acknowledge.

25  Afterwards, he did acknowledge and says, "Yes, I did and

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 18

1   I will return it back."

2          I say, "I am about to get married."  I told

3   them not to upset me because I'm about to get married.

4   I spoke with Charan on the phone.  He promised that all

5   my money would be returned to me before marriage and

6   uncle also.  He said, "All your money will be returned

7   before marriage," but neither of them did that.

8          They took away approximately 30 -- between 28

9   to $30,000.  I was in debt, which my brother Sahib Arora

10  helped me pay.  And I spoke with Vineet.  I said, "Look,

11  they took the money from the part.  What to do now?

12         He said, "They've gone really bad.  You need

13  to focus on your marriage right now and we'll talk about

14  this later."

15         MR. DOMINY:  Madam translator, could you

16     please emphasize to the witness that the

17     question was:  Did anyone else tell her about

18     threats other than her father?

19         THE WITNESS:  Yes, Vineet told me.  The

20     threats were received even after marriage.

21     They directly threatened my in-laws telling

22     them "This girl is not good."  They pass such

23     remarks about my character.

24  BY MR. THIRY:  (Resuming)

25     Q    Who made the -- who said that to your in-laws?

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 19

1        A    Uncle Jarnail.

2        Q    Who did he say it to?

3        A    In India to in-laws.  And he would call all

4    the common aunts here saying that "I will mess up the

5    little girl's household."

6        Q    Who specifically in your in-law family

7    received this information from Jarnail?

8        A    The person who helped set up our relations,

9    Uncle Jarnail called and told that person.

10       Q    Do you know who that person was?

11       A    Yes, I know who he is.

12       Q    Could you please tell us who he is?

13       A    I don't remember the name.  I can give the

14   name afterwards.  Before the marriage, there were

15   threats that "We will not let this marriage take place."

16            After the marriage, they would threat that

17   "The marriage has taken place, now we are going to mess

18   up her household."

19       Q    What were you told about the pre-wedding

20   threats?

21       A    I was told before the wedding that Aunt Jonika

22   directly threatened Merharban that "I will take hundred

23   individuals to Louisiana and create a scene there."  And

24   Jarnail threatened Papa directly.  And moreover, they

25   pulled all the accounts in India so they could not have

 1   access to the money and they would be very tight.

 2        Q    Were you made aware of any other threats told

 3   to your father or Vineet prior to your wedding?

 4        A    Yes.  They threatened that if the properties

 5   are not turned over -- if my brother Sahib does not sign

 6   the properties, they will stop the marriage.  They put

 7   my brother Sahib under pressure to have the properties

 8   turned over to their name.

 9        Q    After the wedding, other than the threat you

10   mentioned that was conveyed to your in-laws by Jarnail,

11   are you aware of any other post-wedding threats?

12        A    I don't remember it.

13        Q    Okay.  Are you aware that Vineet told your

14   fiance about the alleged threats prior to your wedding?

15        A    Yes.

16        Q    Let's talk about the threat that was after

17   your wedding that you said Jarnail conveyed to someone

18   in your in-laws' family.  Did his comment end your

19   marriage?

20        A    They came to know Jarnail's reality, that the

21   girl who considered him a father, is questioning her

22   character.  There is no point of trusting this person.

23   He called me his daughter for 30 years.  At the time of

24   marriage he created such problems.

25        Q    When did Jarnail make those statements to your

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 21

 1  in-law family?

 2      A    After marriage.

 3      Q    How soon after marriage?

 4      A    I don't remember.

 5      Q    Do you recall whether it was weeks?  months?

 6  half a year?

 7      A    I don't remember exactly.  Perhaps six

 8  months.  I don't remember.

 9      Q    We've talked about alleged threats that were

10  communicated to Vineet and to your father.  Did any of

11  my clients directly threaten you?

12      A    My relations with them were so good.  I loved

13  my aunt more than my mother.  I loved my uncle more than

14  my father and Charan and Karan more than my real

15  brothers.  But they did not threaten me directly, but

16  they messed things up a lot before the marriage.  I

17  found out the reality after I been in the U.S.

18      Q    Other than the threats you've already

19  discussed, are you aware of any other threats made by my

20  clients?

21      A    Yes.  One more.  Uncle Jarnail came to India

22  in September only for one day to tell that "I have

23  returned Vineet's property over to my own name.  Do what

24  you can."  He said that "I'm telling this you

25  specifically."  He said that "I have stolen Vineet's

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 22

1    property.  Now you can do what you can."

2         The next day he returned back to the U.S.

3    Q    This threat was in front of you?

4    A    I was in the room.  I heard voices.  I went to

5    see.  My papa told me not to interfere.  He said, "You

6    need to concentrate on your life."  It was time of my

7    wedding.  They told me not to say anything.  They say,

8    "You need to focus on your things.  We are trying to

9    sort this out."

10        That day I was shocked to see Uncle there

11   because he didn't tell us if he was coming or leaving.

12   Suddenly he showed up at the house directly from the

13   U.S.

14   Q    Were you living in the same house as Vineet,

15   Meharban, and Jonika at the time Jonika was allegedly

16   threatening Vineet and Meharban?

17   A    I was living in the same house.  I was in my

18   room.  I heard the voices.  I came out to see that

19   Jonika has already left home.  Then Vineet called Karan

20   to say that "The properties had been turned into your

21   name.  Now you can ask your mother to come back home."

22   Q    Did you confront Jonika about the alleged

23   threats?

24   A    No.

25   Q    Just so I understand, a minute ago you said

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                     **Page 23**

1    that you loved Jonika more than your mom.  And now she

2    is allegedly making threats about your wedding and you

3    didn't confront her; correct?

4         A    No.

5         Q    Has Sahib offered you anything for your

6    cooperation in this case?

7         A    Sahib has not promised to give me anything,

8    but Jarnail, Jonika, Charan and Karan promised that they

9    will return the properties -- that "We will turn the

10   properties of your brothers."

11            And also my credit card.  All the money that

12   they took, the balance transfer and they swiped full,

13   they also promised that they would return back that

14   money.

15        Q    Did Vineet offer you anything for your

16   cooperation in this case?

17        A    No.

18        Q    Do you receive any personal benefit if they

19   win this case?

20        A    My brothers' property will return and perhaps

21   some of my money, the one that was stolen by Charan and

22   Uncle.

23        Q    Did you have a close relationship with Sahib

24   prior to this lawsuit?

25        A    Yes.

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

**Harsimran Arora on 03/08/2021**                                    **Page 24**

```
 1      Q    You got along well with Sahib prior to this
 2   lawsuit?
 3      A    Yes.
 4      Q    Was there a time when Sahib held your head
 5   over a glass table and was threatening to smash your
 6   head into that table?
 7           MR. DOMINY:  I am going to object to that
 8      question and I'm going to instruct the witness
 9      not to answer.
10           MR. THIRY:  Based on what?
11           MR. DOMINY:  Because it's harassment.
12           MR. THIRY:  It's a question.  I'm not
13      harassing her.
14           MR. DOMINY:  It's harassing.
15           MR. THIRY:  It is not harassing.
16      Michael, come on.  I'm harassing her by asking
17      her if she has ever subjected to a physical
18      threat?
19           MR. DOMINY:  That's right.
20           MR. THIRY:  Are you seriously going to
21      take that stand on the ground right there?
22           MR. DOMINY:  I am.
23           MR. THIRY:  You are going to tell her not
24      to answer that question?
25           MR. DOMINY:  I am.
```

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.
**Harsimran Arora on 03/08/2021**                            Page 25

```
 1            MR. THIRY:  We'll take it up with the

 2       judge.

 3            We're going to ask for --

 4            MR. KLEIN:  Do we need to get the judge

 5       on the phone right now?

 6            MR. THIRY:  We are going to ask for fees.

 7       We are going to ask for fees for this whole

 8       deposition because this a big game on your

 9       part, and that's fine.

10            MR. DOMINY:  Continue the deposition.

11            MR. THIRY:  I will continue.  Thank you.

12  BY MR. THIRY:  (Resuming)

13       Q    Do you recall Jarnail and Charanjeev

14  intervening to help you when your brother threatened you

15  with physical violence?

16            MR. DOMINY:  Same objection.

17            THE INTERPRETER:  Counselor, this is the

18       interpreter.  Would you like me to interpret

19       the last question or not?

20            MR. DOMINY:  I'm going to instruct her

21       not to answer the question.

22            MR. THIRY:  You are instructing her not

23       to answer whether or not Jarnail and

24       Charanjeev intervened to help her when she was

25       physically threatened by her brother?
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

**Harsimran Arora on 03/08/2021**                                         Page 26

```
1          MR. DOMINY:  That's right.

2          MR. THIRY:  Based on what again?

3          MR. DOMINY:  We're not going to get into

4    any alleged domestic violence here because it

5    is for harassment.

6          If you don't agree with me --

7          MR. THIRY:  It's not harassment.

8          MR. DOMINY:  I know.  I think it is.

9    It's very sensitive for her.  This is one of

10   the reasons why we insisted to take this

11   deposition in Punjabi, because we knew that

12   you were going to go to these areas and try to

13   upset the witness and try to harass her.

14         MR. THIRY:  Let me understand this:  You

15   knew I was going to ask her a question about

16   domestic violence?

17         MR. DOMINY:  I surely did because --

18         MR. THIRY:  Well, then that's concerning.

19   Maybe there is some truth that we need to

20   explore here, Michael.  Maybe you shouldn't be

21   shutting down a witness that isn't a party to

22   a lawsuit on a ground that doesn't exist.

23         MR. DOMINY:  Continue with your

24   deposition.

25         MR. THIRY:  Okay.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 27

```
 1  BY MR. THIRY:  (Resuming)

 2       Q    Do you recall Jarnail and Charanjeev

 3  intervening on your behalf in a situation where you were

 4  threatened with violence?

 5            MR. DOMINY:  Don't answer that question.

 6            MR. THIRY:  Okay.

 7            MR. DOMINY:  Do not answer the question.

 8            THE WITNESS:  No violence took place in

 9       my household.  Your clients are merely making

10       up stories.

11            MR. THIRY:  So are you going to let her

12       answer the follow-up questions now that she

13       answered the question you told her not to

14       answer?

15            MR. DOMINY:  I guess so.

16  BY MR. THIRY:  (Resuming)

17       Q    So was there not an incident where you were

18  threatened by Sahib over a glass table in which Jarnail

19  and Charanjeev intervened to help you?

20       A    An incident like this never took place.  They

21  are all liars and thieves.  And they are trying to

22  protect themselves because they have committed theft.

23       Q    Did you have a close relationship with Vineet

24  prior to this lawsuit?

25       A    Yes.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 28

1      Q     Did you have a close relationship with

2    Meharban prior to this lawsuit?

3      A     Yes.

4      Q     You are currently married to Anhad; correct?

5      A     Yes.

6      Q     When did you get married?

7      A     October 25, 2019.

8      Q     When did you first meet Anhad?

9      A     December 2018.

10     Q     How did you first meet him?

11     A     Family meeting.  Arranged meeting.

12     Q     Who arranged the meeting?

13     A     My parents.

14     Q     Did you like Anhad when you first met him?

15     A     Yes.

16     Q     Did you get engaged to Anhad with your

17   consent?

18     A     Yes.

19     Q     Was your marriage an arranged marriage?

20     A     Yes.

21     Q     Did you marry out of obligation or because of

22   love?

23     A     Love.

24     Q     At the time of your engagement, did you like

25   your fiance's family?

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.

Harsimran Arora on 03/08/2021                                  Page 29

1        A    Yes.

2        Q    Did your fiance's family ask for a dowry?

3        A    No.

4        Q    Did your fiance's family ask for gold and

5    lavish parties?

6        A    They didn't make any demands, but in India for

7    the marriage of a daughter or a son, you always have

8    lavish parties.  There is some advance, but it was not

9    finished because the marriage had to preform.  Because

10   of the threats received by my Uncle Jarnail, it was a

11   very simple wedding.  Moreover, if Uncle Jarnail pulled

12   all the accounts, how could you have a lavish wedding?

13       Q    Do you use the app WhatsApp to communicate?

14       A    Yes.

15       Q    Have you used WhatsApp to communicate with any

16   of my clients regarding the alleged threats?

17       A    If you are -- when your clients threaten, they

18   would not be threatening in written.  They would only

19   threaten verbally.  They would not like try to implicate

20   themselves by giving written threats.

21            MR. THIRY:  Okay.  I'm going to object to

22       the responsiveness.

23   BY MR. THIRY:  (Resuming)

24       Q    Have you used WhatsApp to communicate with any

25   of my clients regarding the alleged threats?

```
 1        A    No, not about the threats.

 2        Q    Have you used WhatsApp to communicate with any

 3   of your brothers regarding the alleged threats?

 4        A    No.

 5        Q    Have you used WhatsApp to communicate with any

 6   other person about the subject matter of this lawsuit?

 7        A    No.

 8        Q    Other than through WhatsApp, with whom have

 9   you communicated about the allegations contained in this

10   lawsuit?

11        A    I spoke on the phone with your clients about

12   returning the properties.  Then, like, the properties

13   they have stolen, they have already taken a loan on it.

14   Then I saw their reality and I realized that they had no

15   plans to return.  And that's the conversation I have on

16   the phone.

17        Q    Other than with my clients, have you had

18   conversations with other people about the allegations

19   contained in this lawsuit?

20        A    Besides Mom, besides Vineet and my husband.

21        Q    Anyone else?

22        A    The rest I don't remember.

23        Q    And how did you communicate with your family

24   that you listed?

25        A    WhatsApp phone call.
```

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.
Harsimran Arora on 03/08/2021                                      Page 31

```
 1      Q    Any other means?

 2      A    I don't remember the rest.

 3           MR. THIRY:  I'd like to take a

 4      five-minute break, Michael.

 5           MR. DOMINY:  Okay.

 6           MR. TIRY:  Can we go off the record.

 7                     - - -

 8           (Whereupon, a brief break was taken)

 9                     - - -

10   BY MR. THIRY:  (Resuming)

11      Q    Ma'am, do you realize that you are still under

12   oath?

13      A    Yes.

14      Q    Did you delete any WhatsApp texts or other

15   written documentation communicating with any of my

16   clients?

17      A    I don't have it because I changed my phone.  I

18   didn't delete it, but I don't have that phone any

19   longer.

20      Q    When did you change your phone?

21      A    Last year.

22      Q    Do you know approximately when last year?

23      A    I don't remember.

24      Q    Do you recall what season of the year it was?

25      A    Perhaps in summer.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                   Page 32

1      Q     And all of the WhatsApp material prior to that
2   time would have been lost at that time; is that correct?
3      A     Whatever I had has been produced to you.  The
4   remaining has not.
5      Q     Okay.  Do you recall visiting my clients at
6   their St. Marlo Country Club home in February of 2020?
7      A     Yes.
8      Q     Who was with you when you visited?
9      A     It was my husband.  Afterwards, Papa and Mom
10  and aunts also arrived.
11     Q     Had you just arrived in the United States when
12  you made this visit?
13     A     I arrived in January 27 or 28, and in February
14  I visit Aunt Jonika.
15     Q     What was purpose of the visit?
16     A     To meet them and also to request that let's
17  solve the family matter and return the properties of my
18  brothers.
19     Q     Were you denied entry into my clients' home?
20     A     In starting they did not, but then they were
21  caught.  They have been committing thefts, that they
22  have withdrawn a loan.  When we confronted them, then
23  they did stop the entry and they stopped picking up my
24  phone.  That's when I learned the truth about them.  One
25  day I was outside of their house country club in St.

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

**Harsimran Arora on 03/08/2021**                                        Page 33

```
 1    Marlo and I was calling Aunt Jonika.  And she was

 2    picking up the phone, then she stopped picking up my

 3    phone.  I called her.  I said, "I'm outside.  I want to

 4    meet you.  You call me daughter but you stopped picking

 5    up my phone.  Just the same way, are you going to stop

 6    picking up your children Charan and Karan's phone as

 7    well?"

 8        Q    Was the visit in February of 2020 a pleasant

 9    visit?

10        A    It was pleasant visit.

11        Q    Were family photos taken?

12        A    Yes.

13        Q    Did you visit again?

14        A    Yes.

15        Q    How many times?

16        A    After they stopped picking up the phone

17    because the (indiscernible) were called, how else would

18    I know?

19        Q    You produced an image of a WhatsApp message

20    between you and Jonika on March 27 of 2020.  Why has

21    this been produced when you stated earlier all WhatsApp

22    messages with the defendants were deleted on your old

23    phone in the summer of 2020?

24        A    This is March.  March is winter.  It's not

25    summer.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

**Harsimran Arora on 03/08/2021**                                    Page 34

```
 1      Q    That's correct.  But you said in the summer of

 2   2020 you got a new phone.  So if in the summer of 2020

 3   you got a new phone, how did you keep a message from

 4   March, which would have been before the time you got the

 5   new phone?

 6      A    I produced all I had.

 7      Q    Okay.  Did you text with Jonika after your

 8   wedding?

 9      A    Yes.

10                        - - -

11      (Whereupon, Exhibit 25 was marked for

12      identification)

13                        - - -

14   BY MR. THIRY:  (Resuming)

15      Q    (Presenting)  I'm handing you what's been

16   marked as Exhibit 25.

17      A    (Viewing).

18      Q    It's a series of messages b/ack and forth

19   between you and Jonika after your wedding.  Did you text

20   Jonika on your wedding day?

21      A    Yes, I did.

22      Q    On the bottom of this page, the last three

23   messages from you state:  "You mean the world to me.

24   You are my mother.  I miss you every day.  I swear."

25           Do you see those?
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                           Page 35

```
 1      A    I can see.

 2      Q    Why would you send that to Jonika if she had

 3  threatened to ruin your wedding when you are sending

 4  this on your wedding day?

 5      A    Can you repeat the question?

 6      Q    Sure.  Why would you send these messages to

 7  Jonika on your wedding day if she had threatened to ruin

 8  your wedding?

 9      A    Because I loved her like my mother.  I did not

10  know she considered me her enemy.

11      Q    If you'll turn the page.  At the top the next

12  three say, "But I had restrictions.  Now I am free

13  bird."

14          What does that mean?  What kind of

15  restrictions did you have?

16      A    The restrictions that my father told me, "Do

17  not speak with Aunt Jonika.  She is going to ruin your

18  life."

19          That was the restrictions, but I could not

20  believe that.  I still loved her like my mother.  The

21  marriage has happened already.  She cannot do anything

22  now.

23      Q    It was in this text chain that you informed

24  Jonika that you were married; correct?

25      A    Correct.
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 36

```
 1        Q    On this text chain you say "The saddest bride
 2   ever.  This is the saddest bride on earth right now."
 3             Why were you the saddest bride ever?
 4        A    I wanted my whole family together.  The
 5   childhood that was spent with Uncle Jarnail, Aunt
 6   Jonika, Charan, Karan.  I wanted all of them around.
 7   That was the reason I was sad, because what had happened
 8   to my family, what happened in my life.  My marriage
 9   caused this break-up.  Because Uncle Jarnail and family,
10   they asked during my marriage to turn the properties
11   over to their names.  They never asked before.  They
12   caused this racket only during this time of my marriage
13   to take over the property.
14        Q    Towards the bottom of this page it says, "I
15   don't want to tell anyone I'm talking to you."
16             Why is that?
17        A    Because everyone will become upset that you
18   talking to the same people who have committed theft.
19        Q    If you turn the page.  In the middle of this
20   page it says, "It's good you weren't here.  It would
21   have been more hard for me then."
22             Why would it have been harder for you if
23   Jonika were there?
24        A    I don't remember.
25        Q    If you will turn the page, the top line on
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                        Page 37

```
 1   here says, "And don't tell anyone I speak to you and now
 2   I will speak to you every day.  No one can stop me."
 3            What does that mean?
 4       A    I'm telling you one more time that this would
 5   have made everyone upset.  I'm repeating this again.
 6       Q    Turn to the seventh page of the exhibit for me
 7   please.  The third line from the bottom says:  From
 8   Jonika, "I heard your function called off.  So I was
 9   feeling bad and worried about it."
10            You responded, "So what?  Don't worry about
11   anything."  And if you turn the page, "It's good.  I
12   wanted it that way.  No functions.  I have no family
13   around so no functions."
14            Can you explain that for me?
15       A    Yes.  I explained this because it meant "no
16   family, no function."  Besides Uncle had frozen all the
17   accounts.  Where would we get the money from?  Does my
18   father need to take a loan to have a function?
19       Q    Okay.  Great.  So let's take that question you
20   asked me and put it back here.  On the next line it
21   says:  From Jonika, "But I heard it was called off
22   because we ripped off all of the cash, seized the
23   accounts, and moreover, I was coming from America to
24   ruin the function so everyone was scared of me and out
25   of fear, they called off the function."
```

1          Your response was, "Noooo.  That's all a lie.
2    It was such a waste of money."
3          Why would you say to Jonika at this point in
4    time that, "No, that's not why it got moved and called
5    off.  That that's all a lie," and that "it was a waste
6    of money"?
7     A    Jonika appears very upset.  I wanted to make
8    her feel better.
9     Q    The next line from Jonika says, "That's what
10   your parents is telling to everyone and everyone is
11   telling us, which is so shocking."
12         Your response was, "Let them.  Do you care
13   still?"
14         Why is that?
15    A    She didn't care about my marriage, why she
16   care about all these things?
17    Q    And yet you responded towards the bottom, "I
18   love you always and seriously don't care what people
19   say"; correct?
20    A    Absolutely correct.  I loved her like a
21   mother.  I loved Aunt Jonika more than my mother.
22    Q    Are you familiar with a Georgia limited
23   liability company called "Rising Star Constructions,
24   LLC?"
25    A    Yes.

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    **Page 39**

```
 1       Q    Do you own this LLC?

 2       A    Yes.

 3       Q    Are you the only owner of this company?

 4       A    Yes.

 5       Q    Okay.

 6            MR. DOMINY:  Can we take a short break?

 7            MR. THIRY:  Sure.

 8                  - - -

 9            (Whereupon, a brief break was taken)

10                  - - -

11   BY MR. THIRY:  (Resuming)

12       Q    Ma'am, you realize you are still under oath?

13       A    Yes.

14       Q    Okay.  Do you live with Sahib?

15       A    Yes.

16       Q    Do you own the house in which you live?

17       A    No.

18       Q    Do you pay rent to live in the house?

19       A    No.

20       Q    Do you pay the expenses for the property?

21       A    No.

22       Q    Do you act as the real estate agent for King

23   Group?

24       A    No.

25       Q    Have you ever acted as the real estate agent
```

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.

**Harsimran Arora on 03/08/2021**                                    Page 40

```
1   for King Group?

2       A    No.

3       Q    Do you act as the real estate agent for any

4   entity controlled by Sahib?

5       A    Yes, I've done it.

6       Q    How many times have you done it?

7       A    I don't remember the number.

8       Q    Do you earn commissions on these real estate

9   transactions?

10      A    Sometimes I will take it.  Other times, I will

11  let go.

12      Q    Okay.  And when you take it, do you take the

13  full commission?

14      A    No.

15      Q    What happens to those commissions?

16           MR. DOMINY:  Matt, can you explain that?

17           THE WITNESS:  I did not understand the

18      question.

19  BY MR. THIRY:  (Resuming)

20      Q    Okay.  When you do not take the full

21  commission, does someone else receive your portion of

22  the commission?

23      A    I don't understand the question.

24      Q    Okay.  When you don't take a commission, does

25  anyone else take your commission?
```

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.

**Harsimran Arora on 03/08/2021**                                    Page 41

 1      A     I don't understand the question.  Please

 2   explain to me in some details.

 3      Q     Have you acted as a buyer's agent on any

 4   transactions involving a company controlled by Sahib?

 5      A     Yes.

 6      Q     On those transactions who paid the commissions

 7   to the real estate agent?

 8      A     The person who is selling, sellers.

 9      Q     Okay.  On those transactions do you keep the

10   full amount of the commission that is due the buyer's

11   agent?

12      A     Yes.

13      Q     Do you refund any of those commissions to any

14   companies controlled by Sahib?

15      A     I don't remember.

16      Q     Have you acted as a seller's agent on any real

17   estate transactions involving any company controlled by

18   Sahib?

19      A     Yes.

20      Q     Does the seller in those tran -- excuse me.

21   Strike that.

22            Did the seller in those transactions pay the

23   real estate commissions?

24      A     Yes, it did.

25      Q     In those transactions, did you refund back to

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                          Page 42

1    the entity controlled by Sahib any of your commissions?

2        A    No.

3        Q    Did the company controlled by Sahib pay you

4    commissions as a seller's agent?

5        A    Would you repeat that question.

6                        - - -

7        (Whereupon, the court reporter read back

8    as requested)

9                        - - -

10       THE WITNESS:  He is my brother.  I

11   receive very little commission from him.

12       MR. THIRY:  All right.  We'll take three

13   to five minutes, something like that, and

14   we'll wrap this thing up.

15       MR. DOMINY:  Okay.

16                        - - -

17       (Whereupon, a brief break was taken)

18                        - - -

19   BY MR. THIRY:  (Resuming)

20       Q    Ma'am, you understand that you are still under

21   oath; correct?

22       A    Yes.

23       Q    Do you recall texting with Jonika in October

24   of 2019 indicating that your in-laws are being greedy?

25       A    No, I don't recall.

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                  **Page 43**

1    Q    Do you recall during that same period of time

2   texting to Jonika that your in-laws are cheap because

3   they are asking for pictures of gold?

4    A    I replied to Jonika's text messages because

5   she must have (indiscernible) my responses or else all

6   we would have spoken on that phone at times.  Because

7   they didn't want the marriage to take place, and she was

8   brainwashing me until I -- I realized all this

9   afterwards, only after arriving in the U.S.

10    Q    So is it your testimony then that Jonika

11   brainwashed you into calling your in-laws "cheap and

12   greedy"?

13    A    I don't remember.  It's possible.  I just

14   don't remember.

15         MR. THIRY:  Okay.  I don't have any

16       further questions at this time.

17         THE COURT REPORTER:  Is she going to read

18       and sign?

19         MR. DOMINY:  She is going to read and

20       sign.

21         Jared, do you have any questions?

22         MR. HODGES:  No, sir, none from me.

23   Thank you.

24         MR. DOMINY:  Ian, are you still with us?

25         MR. KLEIN:  I think he dropped off.

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    Page 44

```
 1         MR. DOMINY:  Oh, he did.  Okay.  Well,

 2   very good.  Thank you all.

 3         MR. THIRY:  Madam interpreter, thank you

 4   for your time and assistance.

 5         THE INTERPRETER:  You are very welcome.

 6         MR. THIRY:  That's it.

 7                     - - -

 8         (Whereupon, the deposition was concluded

 9   at 4:00 p.m.)

10                     - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    D I S C L O S U R E

2    STATE OF GEORGIA

3    COUNTY OF DEKALB

4

5           DEPOSITION OF:  HARSIMRAN ARORA

6

7           Pursuant to Article 8.B of the Rules and
     Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
8    disclosure:

9           I am a Georgia Certified Court Reporter.  I am
     here as an independent contractor for Huseby Global
10   Litigation.

11          Huseby Global Litigation was contacted by the
     offices of Roundtree, Leitman & Klein, LLC to provide
12   court reporting services for this deposition.

13          I will not be taking this deposition under any
     contract that is prohibited by O.C.G.A. 15-14-37 (a) &
14   (b).

15          I have no contract/agreement to provide
     reporting services with any party to the case, any
16   counsel in the case, or any reporter or reporting agency
     from whom a referral might have been made to cover this
17   deposition.

18          Huseby Global Litigation will charge its usual
     and customary rates to all parties in the case, and a
19   financial discount will not be given to any party to
     this litigation.

20

21
     Dated: March 8, 2021
22   Janet R. Allen, CCR-B-1213

23

24

25

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                        Page 46

```
 1                 C E R T I F I C A T E

 2   STATE OF GEORGIA

 3   COUNTY OF DEKALB

 4

 5           I hereby certify that the foregoing deposition

 6   was taken down, as stated in the caption, and the

 7   colloquies, questions and answers were reduced to

 8   typewriting by me; that the foregoing 44-page transcript

 9   represents a true, correct, and complete transcript of

10   the evidence given by the deponent, who was first duly

11   sworn by me.

12           The above certification is expressly withdrawn

13   upon the disassembly or photocopying of the foregoing

14   transcript, unless said disassembly or photocopying is

15   done under the auspices of Huseby Global Litigation and

16   the original signature and seal is attached thereto.

17           I further certify that I am not a relative,

18   employee, attorney, or counsel of any of the parties; am

19   not a relative or employee of attorney or counsel for

20   any of said parties; that I have no contract with either

21   party, nor am I financially interested in the action.

22           This, the 4th day of April, 2021.

23

24                             _____
                               Janet R. Allen, CCR-B-1213
25
```

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                                    **Page 47**

```
 1              E R R A T A   S H E E T

 2          I have read the within and foregoing
    transcript, pages numbered 4 through 44, and no changes
 3  are required.

 4              This, the ____ day of _____, 2021.

 5                        _____
                          HARSIMRAN ARORA
 6
            I have read the within and foregoing pages
 7  numbered 4 through 44, and that, to the best of my
    knowledge, said deposition is true and accurate (with
 8  the exception of the following corrections listed
    below.)
 9

10  Page ____ Line ____ Reason _____

11  Page ____ Line ____ Reason _____

12  Page ____ Line ____ Reason _____

13  Page ____ Line ____ Reason _____

14  Page ____ Line ____ Reason _____

15  Page ____ Line ____ Reason _____

16  Page ____ Line ____ Reason _____

17  Page ____ Line ____ Reason _____

18  Page ____ Line ____ Reason _____

19  Page ____ Line ____ Reason _____

20              This, the ____ day of _____, 2021.

21                        _____
                          HARSIMRAN ARORA
22
    Sworn to and subscribed before me
23  this ____ day of _____ 2021.

24  _____
    Notary Public
25  My Commission Expires: _____
```

SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.
Harsimran Arora on 03/08/2021                                    Page 48

1              ADDENDUM TO SWORN TESTIMONY

2              I have read the within and foregoing
   transcript of my deposition taken on March 8, 2021, and
3  having executed the Errata Sheet, desire to submit the
   following as an addendum thereto (indicate applicable
4  page and line numbers and reason):

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22
            This, the _____ day of _____, 2021.
23

24
                              _____
25                            HARSIMRAN ARORA

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                     Index: $30,000..aware

---

### $

**$30,000**   18:9

---

### 1

**1990**   7:13

---

### 2

**2018**   28:9

**2019**   7:19
  8:8,10
  16:6 17:10
  28:7 42:24

**2020**   32:6
  33:8,20,23
  34:2

**23**   10:14,19
  12:10

**24**   11:9,13

**25**   28:7
  34:11,16

**2526**   11:4

**27**   32:13
  33:20

**28**   18:8
  32:13

---

### 3

**30**   18:8
  20:23

---

### 4

**4:00**   44:9

---

### 5

**500**   11:3,5

---

### A

**ability**   7:2

**absolutely**
  11:18
  38:20

**access**   20:1

**accounts**
  19:25
  29:12
  37:17,23

**accurate**
  6:24 7:2
  11:2,17

**acknowledge**
  17:24,25

**act**   39:22
  40:3

**acted**   39:25
  41:3,16

**advance**   29:8

**advised**   15:8

**affidavits**
  14:23

**affirmative**
  13:9

**afraid**   16:1

**agent**   10:25
  39:22,25
  40:3 41:3,
  7,11,16
  42:4

**agree**   26:6

**agreed**   5:10

**ahead**   13:6

**Ahuja**   15:12

**allegations**
  30:9,18

**alleged**   16:5
  20:14 21:9
  22:22 26:4
  29:16,25
  30:3

**allegedly**
  22:15 23:2

**America**
  37:23

**amount**   41:10

**Anhad**   28:4,
  8,14,16

**answers**   6:11
  12:18 13:4

**app**   29:13

**appears**
  11:16 38:7

**approximately**
  18:8 31:22

**areas**   26:12

**Arora**   5:13,
  14,17 6:1,
  21 18:9

**arranged**
  28:11,12,
  19

**arrived**
  32:10,11,
  13

**arriving**
  43:9

**assistance**
  44:4

**assume**   6:5

**attached**
  12:3,6

**attend**   9:9

**August**   16:7
  17:10

**aunt**   16:16
  19:21
  21:13
  32:14 33:1
  35:17 36:5
  38:21

**aunts**   19:4
  32:10

**Avenue**   11:5

**aware**   16:5
  17:9 20:2,
  11,13
  21:19

---

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**          Index: b/ack..comfortable

**B**

b/ack  34:18

back  8:24
 9:2 12:10
 18:1 22:2,
 21 23:13
 37:20
 41:25 42:7

bad  18:12
 37:9

balance
 23:12

bank  14:24

based  13:6
 24:10 26:2

Batra  5:3

behalf  27:3

benefit
 23:18

big  25:8

bird  35:13

bit  8:21

born  7:12,
 14

bottom  34:22
 36:14 37:7
 38:17

brainwashed
 43:11

brainwashing
 43:8

break  6:14
 16:19,25
 31:4,8
 39:6,9
 42:17

break-up
 36:9

bride  36:1,
 2,3

broker  10:22
 11:23
 12:24

brokers
 11:25

brother  18:9
 20:5,7
 25:14,25
 42:10

brother's
 11:4

brothers
 7:24 14:18
 21:15
 23:10 30:3
 32:18

brothers'
 23:20

buyer's
 41:3,10

**C**

call  19:3
 30:25 33:4

called
 17:17,22
 19:9 20:23
 22:19
 33:3,17
 37:8,21,25
 38:4,23

calling  33:1
 43:11

calls  12:14,
 15

card  17:19,
 21,22,23
 23:11

care  38:12,
 15,16,18

case  5:23
 6:2 15:16
 23:6,16,19

cash  37:22

caught
 15:10,11
 16:2 32:21

caused  36:9,
 12

Cedar  11:3

chain  35:23
 36:1

change  31:20

changed
 31:17

character
 18:23

20:22

Charan
 15:10,11
 17:21 18:4
 21:14
 23:8,21
 33:6 36:6

Charanjeev
 14:24
 25:13,24
 27:2,19

cheap  43:2,
 11

checked
 17:21

childhood
 36:5

children
 33:6

clients  13:2
 16:4
 21:11,20
 27:9
 29:16,17,
 25 30:11,
 17 31:16
 32:5

clients'
 32:19

close  23:23
 27:23 28:1

club  32:6,
 25

comfortable

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                    Index: comment..denied

| | | | |
|---|---|---|---|
| 13:19 | 41:4,17 | 40:4 41:4, | credit |
| | 42:3 | 14,17 | 17:19,21, |
| comment | | 42:1,3 | 22,23 |
| 20:18 | complete  7:2 | | 23:11 |
| | | conversation | |
| commission | completely | 15:7 30:15 | CROSS- |
| 40:13,21, | 13:23 | | EXAMINATION |
| 22,24,25 | | conversations | 5:20 |
| 41:10 | concentrate | 15:2,5 | |
| 42:11 | 22:6 | 30:18 | D |
| | | | |
| commissions | concluded | conveyed | dad  7:24 |
| 40:8,15 | 44:8 | 20:10,17 | 14:18 |
| 41:6,13,23 | | | 15:10,13, |
| 42:1,4 | confront | cooperation | 14 16:7 |
| | 17:23 | 23:6,16 | |
| committed | 22:22 23:3 | | daughter |
| 27:22 | | copied  11:22 | 20:23 29:7 |
| 36:18 | confronted | | 33:4 |
| | 32:22 | correct  6:18 | |
| committing | | 9:20 10:22 | day  21:22 |
| 32:21 | consent | 11:6,18,19 | 22:2,10 |
| | 28:17 | 12:12 | 32:25 |
| common  19:4 | | 17:13 23:3 | 34:20,24 |
| | considered | 28:4 32:2 | 35:4,7 |
| communicate | 20:21 | 34:1 | 37:2 |
| 11:23,24 | 35:10 | 35:24,25 | |
| 29:13,15, | | 38:19,20 | debt  18:9 |
| 24 30:2,5, | Constructions | 42:21 | |
| 23 | 38:23 | | December |
| | | counsel  5:10 | 28:9 |
| communicated | consulted | | |
| 21:10 30:9 | 14:12,17 | Counselor | defendants |
| | | 25:17 | 33:22 |
| communicates | contained | | |
| 13:13 | 30:9,19 | country | delete |
| | | 32:6,25 | 31:14,18 |
| communicating | continue | | |
| 31:15 | 14:1 | court  6:10 | deleted |
| | 25:10,11 | 9:2 14:3 | 33:22 |
| companies | 26:23 | 42:7 43:17 | |
| 41:14 | | | demands  29:6 |
| | contracts | create  19:23 | |
| company | 10:8,11 | | denied  32:19 |
| 11:21 | 13:2 | created | |
| 38:23 39:3 | controlled | 20:24 | |

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

deposed   5:18
  7:5

deposition
  5:12,14,
  24,25
  14:2,11,20
  15:3,6,23,
  24,25
  25:8,10
  26:11,24
  44:8

details   41:2

direct   12:6,
  13

directly
  18:21
  19:22,24
  21:11,15
  22:12

discuss
  15:14,24

discussed
  21:19

document
  11:6

documentation
  31:15

documents
  14:19,22

domestic
  26:4,16

Dominy   5:7
  13:9 14:7,
  14 16:20,

22 18:15
24:7,11,
14,19,22,
25 25:10,
16,20
26:1,3,8,
17,23
27:5,7,15
31:5 39:6
40:16
42:15
43:19,24
44:1

dowry   29:2

dropped
  43:25

drove   8:25

due   41:10

duly   5:18

—————————

**E**

earlier
  33:21

earn   40:8

earth   36:2

education
  7:20

emphasize
  18:16

end   20:18

enemy   35:10

engaged
  28:16

engagement
  28:24

English
  8:18,20,22
  9:6,13,15,
  17,25
  10:5,11
  11:6,19,
  20,24,25
  12:1,19,21
  13:8,13,
  14,24
  16:18

entity   40:4
  42:1

entry   32:19,
  23

estate   10:9,
  25 13:12
  39:22,25
  40:3,8
  41:7,17,23

examination
  10:2,5

exams   9:15
  13:12

excuse   41:20

exhibit
  10:14,19,
  24 11:9,13
  12:10
  34:11,16
  37:6

exist   26:22

expenses
  39:20

explain
  37:14
  40:16 41:2

explained
  37:15

explore
  26:20

—————————

—————————

**F**

familiar
  38:22

family   7:22
  13:3
  14:13,16
  16:3,8
  17:19 19:6
  20:18 21:1
  28:11,25
  29:2,4
  30:23
  32:17
  33:11
  36:4,8,9
  37:12,16

father
  16:10,11,
  16 17:12
  18:18
  20:3,21
  21:10,14
  35:16
  37:18

fear   37:25

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

**February**
   32:6,13
   33:8

**fee-shifting**
   14:3

**feel**  13:19
   38:8

**feeling**  37:9

**fees**  25:6,7

**fiance**  20:14

**fiance's**
   28:25
   29:2,4

**fighting**
   13:18

**fine**  6:19
   25:9

**finished**
   29:9

**five-minute**
   31:4

**focus**  18:13
   22:8

**follow-up**
   27:12

**forced**  14:1

**forgery**
   14:25

**format**  11:21

**found**  21:17

**free**  35:12

**frequently**
   8:6

**front**  22:3

**frozen**  37:16

**full**  6:20
   23:12
   40:13,20
   41:10

**function**
   37:8,16,
   18,24,25

**functioning**
   12:14

**functions**
   37:12,13

─────────────
        **G**
─────────────

**game**  25:8

**Georgia**  9:19
   10:9 13:12
   38:22

**girl**  18:22
   20:21

**girl's**  19:5

**give**  19:13
   23:7

**giving**  6:17
   29:20

**glass**  24:5
   27:18

**Goal**  11:16

**gold**  29:4

**43**:3

**good**  13:7
   18:22
   21:12
   36:20
   37:11 44:2

**govern**  5:13

**governing**
   5:12

**grasp**  13:7

**Great**  5:8
   37:19

**greedy**  42:24
   43:12

**ground**  24:21
   26:22

**Group**  39:23
   40:1

**guess**  27:15

**guided**  15:18

─────────────
        **H**
─────────────

**half**  21:6

**hand**  11:13

**handing**
   10:18
   34:15

**happened**
   13:18
   35:21
   36:7,8

**harass**  26:13

**harassing**
   24:13,14,
   15,16

**harassment**
   24:11
   26:5,7

**hard**  36:21

**harder**  36:22

**Harsimran**
   5:14,17
   6:1,21

**head**  24:4,6

**hear**  6:11
   8:24 17:3

**heard**  22:4,
   18 37:8,21

**held**  24:4

**helped**  18:10
   19:8

**HODGES**  43:22

**home**  7:23
   22:19,21
   32:6,19

**house**  22:12,
   14,17
   32:25
   39:16,18

**household**
   19:5,18
   27:9

**hundred**
   19:22

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                    Index: husband..knew

husband   7:25
  14:18
  15:23,24
  30:20 32:9

―――――――――――

        **I**

―――――――――――

Ian   43:24

identification
  10:15
  11:10
  34:12

image   33:19

impact   7:2

impairments
  6:22

implicate
  29:19

in-law   19:6
  21:1

in-laws
  18:21,25
  19:3 20:10
  42:24
  43:2,11

in-laws'
  20:18

incident
  27:17,20

including
  11:1

India   7:14,
  20 8:1,2
  16:1 19:3,

25 21:21
  29:6

indicating
  42:24

indiscernible
  33:17 43:5

individuals
  19:23

information
  10:24 19:7

informed
  35:23

Initially
  17:24

insisted
  26:10

instruct
  24:8 25:20

instructing
  25:22

instructions
  8:22

interfere
  16:12,13
  22:5

interpret
  25:18

interpreted
  13:23

interpreter
  5:4,19 6:9
  12:23
  13:1,15,

17,21,24
  14:1 17:2,
  4 25:17,18
  44:3,5

intervened
  25:24
  27:19

intervening
  25:14 27:3

involved
  10:7

involving
  41:4,17

―――――――――――

        **J**

―――――――――――

January   7:19
  32:13

Jared   43:21

Jarnail
  15:11,17
  16:7,15
  17:18
  19:1,7,9,
  24 20:10,
  17,25
  21:21 23:8
  25:13,23
  27:2,18
  29:10,11
  36:5,9

Jarnail's
  20:20

Jonika   15:12
  16:16

19:21
  22:15,19,
  22 23:1,8
  32:14
  33:1,20
  34:7,19,20
  35:2,7,17,
  24 36:6,23
  37:8,21
  38:3,7,9,
  21 42:23
  43:2,10

Jonika's
  43:4

judge   25:2,4

―――――――――――

        **K**

―――――――――――

Karan   15:11,
  12 21:14
  22:19 23:8
  36:6

Karan's   33:6

kids   17:18

kind   8:16
  35:14

King   39:22
  40:1

KLEIN   25:4
  43:25

knew   26:11,
  15

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**     Index: language..mental

**L**

**language**
 9:11  13:8

**lavish**  29:5,
 8,12

**lawsuit**  7:7,
 10  23:24
 24:2  26:22
 27:24  28:2
 30:6,10,19

**lawyer**
 14:12,14

**learn**  8:20

**learned**  8:21
 32:24

**learning**  9:6

**leaving**
 22:11

**left**  22:19

**legal**  6:2

**liability**
 38:23

**liars**  27:21

**license**  10:3
 13:13

**licensed**
 9:19

**lie**  38:1,5

**life**  22:6
 35:18  36:8

**likewise**
 5:13

**limited**
 38:22

**listed**  30:24

**listings**
 11:1

**live**  7:16,
 25  8:2
 39:14,16,
 18

**living**
 22:14,17

**LLC**  38:24
 39:1

**loan**  30:13
 32:22
 37:18

**long**  8:9

**longer**  31:19

**lost**  32:2

**lot**  17:18
 21:16

**Louisiana**
 19:23

**love**  28:22,
 23  38:18

**loved**  21:12,
 13  23:1
 35:9,20
 38:20,21

**M**

**Madam**  17:2
 18:15  44:3

**made**  18:25
 20:2  21:19
 32:12  37:5

**maintain**
 16:14

**make**  6:11
 20:25  29:6
 38:7

**making**  23:2
 27:9

**March**  33:20,
 24  34:4

**marked**
 10:14,19
 11:9
 34:11,16

**Marlo**  32:6
 33:1

**marriage**
 15:21
 18:5,7,13,
 20  19:14,
 15,16,17
 20:6,19,24
 21:2,3,16
 28:19
 29:7,9
 35:21
 36:8,10,12
 38:15  43:7

**married**
 18:2,3
 28:4,6
 35:24

**marry**  28:21

**material**
 32:1

**Matt**  5:22
 40:16

**matter**  30:6
 32:17

**means**  31:1

**meant**  37:15

**medical**  9:9,
 12,14
 13:11

**medication**
 7:1

**medium**  8:22

**meenu**  5:3

**meet**  28:8,
 10  32:16
 33:4

**meeting**
 28:11,12

**Meharban**
 17:17
 22:15,16
 28:2

**members**
 14:16

**mental**  6:23

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

Harsimran Arora on 03/08/2021                Index: mentioned..phone

mentioned
  20:10

Merharban
  19:22

mess  16:10
  19:4,17

message
  12:17
  33:19 34:3

messages
  33:22
  34:18,23
  35:6 43:4

messed  21:16

met  28:14

Michael  5:6
  13:5 14:14
  24:16
  26:20 31:4

middle  36:19

minute  16:22
  22:25

minutes
  42:13

mom  7:24
  14:18
  15:2,6,7,
  8,10 23:1
  30:20 32:9

moment  12:11

money  15:20
  17:20
  18:5,6,11

20:1
23:11,14,
21 37:17
38:2,6

months  8:12
  21:5,8

mother  16:16
  21:13
  22:21
  34:24
  35:9,20
  38:21

motion  14:3

move  7:18,
  21

moved  38:4

_____

          N

names  16:9
  36:11

Noooo  38:1

number  12:4,
  7,9,15,16
  40:7

numbers
  12:12

nursery  9:8

_____

          O

oath  6:17
  31:12
  39:12
  42:21

object  24:7
  29:21

objection
  25:16

obligation
  28:21

October  28:7
  42:23

offer  23:15

offered  7:7
  23:5

office  12:3,
  14,16

online  10:25
  13:4

orally  6:8

order  9:22
  10:2

owner  39:3

_____

          P

p.m.  44:9

paid  41:6

Panola  11:4

papa  17:16
  19:24 22:5
  32:9

parents
  28:13
  38:10

part  18:11
  25:9

parties  5:11
  29:5,8

party  7:10
  26:21

pass  10:2
  18:22

pasted  11:22

pay  18:10
  39:18,20
  41:22 42:3

penalties
  6:18

people  30:18
  36:18
  38:18

period  43:1

perjury  6:18

person  19:8,
  9,10 20:22
  30:6 41:8

personal
  23:18

phone  12:14,
  15,19 18:4
  25:5
  30:11,16,
  25 31:17,
  18,20
  32:24
  33:2,3,5,
  6,16,23
  34:2,3,5
  43:6

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                    Index: photos..real

photos   33:11      23

physical
   6:22 24:17
   25:15

physically
   25:25

picking
   32:23
   33:2,4,6,
   16

pictures
   43:3

place   11:3,4
   13:18,19
   19:15,17
   27:8,20
   43:7

plans   30:15

pleasant
   33:8,10

point   13:16
   20:22 38:3

portion
   40:21

post-wedding
   20:11

pre-school
   13:11

pre-wedding
   19:19

preform   29:9

preparation
   10:8 15:6,

prepare   13:1
   14:10,19

Presenting
   10:18
   11:13
   34:15

pressure
   20:7

pretty   13:7

prevent   6:23

printout
   10:24

prior   7:7
   20:3,14
   23:24 24:1
   27:24 28:2
   32:1

problems
   20:24

proceed   17:6

process   14:6

produced
   32:3
   33:19,21
   34:6

promised
   18:4 23:7,
   8,13

properties
   10:22
   11:15
   15:18,20

16:9 20:4,
6,7 22:20
23:9,10
30:12
32:17
36:10

property
   14:25
   21:23 22:1
   23:20
   36:13
   39:20

protect
   27:22

provide   7:2

provided
   11:21

providing
   6:24

pulled   19:25
   29:11

Punjabi
   11:24
   12:1,2,19
   13:19,20
   26:11

purchase
   10:8

purpose
   32:15

purposes   6:2

put   13:6
   20:6 37:20

putting
   13:25


_____

          Q
_____

question
   6:4,6 13:4
   15:4 18:17
   24:8,12,24
   25:19,21
   26:15
   27:5,7,13
   35:5 37:19
   40:18,23
   41:1 42:5

questioning
   20:21

questions
   6:8 27:12
   43:16,21

_____

          R
_____

racket   36:12

Rarely   8:7

read   8:23
   9:2,17
   42:7
   43:17,19

ready   17:6

real   10:8,
   25 13:12
   21:14
   39:22,25
   40:3,8
   41:7,16,23

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
Harsimran Arora on 03/08/2021                    Index: reality..ruin

| | | | |
|---|---|---|---|
| reality | recent  11:1 | repeating | resting  7:19 |
| 20:20 | receptionist | 37:5 | restrictions |
| 21:17 | 12:15,16, | replied  43:4 | 35:12,15, |
| 30:14 | 18,20 | reporter | 16,19 |
| realize | record  6:20 | 6:10 9:2 | Resuming  6:3 |
| 31:11 | 13:6,25 | 42:7 43:17 | 9:5 10:17 |
| 39:12 | 31:6 | represent | 11:12 14:9 |
| realized | refund | 5:22 | 17:8 18:24 |
| 30:14 43:8 | 41:13,25 | request | 25:12 |
| realtor | regularly | 32:16 | 27:1,16 |
| 9:19,23 | 13:14 | requested | 29:23 |
| 10:3,7,21 | relations | 9:3 42:8 | 31:10 |
| Realty  10:22 | 19:8 21:12 | require | 34:14 |
| 11:15 | relationship | 12:23 | 39:11 |
| reason  8:14 | 16:14 | 13:1,20 | 40:19 |
| 14:4 36:7 | 23:23 | research | 42:19 |
| reasons | 27:23 28:1 | 13:4 | return  18:1 |
| 26:10 | remaining | resides  7:23 | 23:9,13,20 |
| recall  21:5 | 32:4 | respective | 30:15 |
| 25:13 27:2 | remarks | 5:11 | 32:17 |
| 31:24 32:5 | 18:23 | responded | returned |
| 42:23,25 | remember | 37:10 | 18:5,6 |
| 43:1 | 8:11,12 | 38:17 | 21:23 22:2 |
| receive  10:3 | 19:13 | respondents | returning |
| 12:14 | 20:12 | 5:23 | 30:12 |
| 23:18 | 21:4,7,8 | response | reviewed |
| 40:21 | 30:22 | 38:1,12 | 14:19,25 |
| 42:11 | 31:2,23 | responses | ripped  37:22 |
| received | 36:24 40:7 | 43:5 | Rising  38:23 |
| 16:3,6 | 41:15 | responsiveness | Road  11:4 |
| 18:20 19:7 | 43:13,14 | 29:22 | room  22:4, |
| 29:10 | rent  39:18 | rest  30:22 | 18 |
| receives | repeat  35:5 | 31:2 | ruin  35:3, |
| 12:15,16 | 42:5 | | 7,17 37:24 |

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

Harsimran Arora on 03/08/2021                    Index: sad..subject

**S**

sad  36:7

saddest
  36:1,2,3

Sahib  5:13
  18:9 20:5,
  7 23:5,7,
  23 24:1,4
  27:18
  39:14 40:4
  41:4,14,18
  42:1,3

sale  10:8

scared  37:24

scene  19:23

school  8:21,
  22 9:7,9,
  12,14
  13:11

season  31:24

seized  37:22

seller
  41:20,22

seller's
  41:16 42:4

sellers  41:8

selling  41:8

send  35:2,6

sending  35:3

sensitive
  26:9

September
  16:7
  17:10,16
  21:22

series  34:18

services
  13:20

set  19:8

seventh  37:6

shocked
  22:10

shocking
  38:11

short  39:6

showed  22:12

shutting
  26:21

sign  20:5
  43:18,20

simple  29:11

Singh  5:13
  15:12,17

sir  43:22

situation
  27:3

smash  24:5

sold  11:1,
  3,5

solve  16:12
  32:17

son  29:7

sort  22:9

Spanish
  12:21

speak  8:18
  11:25
  12:1,23
  15:9 35:17
  37:1,2

speakers
  11:25 12:1

speaking
  12:20
  13:10

specifically
  19:6 21:25

spent  36:5

spoke  15:13,
  16,22
  18:4,10
  30:11

spoken  12:22
  14:13 43:6

St  32:6,25

stand  24:21

Star  38:23

start  9:6

starting
  32:20

state  6:20
  34:23

stated  16:3
  33:21

statement
  11:16
  13:23

statements
  14:23,24
  20:25

States  7:16,
  18,21 8:4
  32:11

stay  8:9

stayed  7:20

stealing
  17:20

stipulations
  5:6,11

stole  14:24,
  25

stolen  21:25
  23:21
  30:13

stop  20:6
  32:23 33:5
  37:2

stopped
  32:23
  33:2,4,16

stories
  27:10

Strike  41:21

study  9:11

subject  6:17
  30:6

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**
**Harsimran Arora on 03/08/2021**                    Index: subjected..told

subjected
  24:17

Suddenly
  22:12

summer   31:25
  33:23,25
  34:1,2

surely   26:17

swear   34:24

swiped   23:12

sworn   5:3,18
  6:17 7:8

_____

        T

table   24:5,6
  27:18

taking   5:12,
  14,24 6:10

talk   18:13
  20:16

talked   15:8
  21:9

talking
  36:15,18

telephone
  12:4,7,11

telling
  18:21
  21:24 37:4
  38:10,11

test   13:13

testified

5:18 15:5

testimony
  6:10,16,24
  7:3,8 13:7
  17:9 43:10

text   34:7,
  19 35:23
  36:1 43:4

texting
  42:23 43:2

texts   31:14

theft   27:22
  36:18

thefts   32:21

theives   16:2

THIERY   17:8

thieves
  15:10
  27:21

thing   42:14

things   14:23
  21:16 22:8
  38:16

Thiry   5:6,8,
  21,22,25
  6:3 8:23
  9:5 10:17
  11:12
  13:5,10,22
  14:8,9
  16:21,23
  17:2,5
  18:24
  24:10,12,

15,20,23
  25:1,6,11,
  12,22
  26:2,7,14,
  18,25
  27:1,6,11,
  16 29:21,
  23 31:3,10
  34:14
  39:7,11
  40:19
  42:12,19
  43:15
  44:3,6

threat   19:16
  20:9,16
  22:3 24:18

threaten
  21:11,15
  29:17,19

threatened
  18:21
  19:22,24
  20:4
  25:14,25
  27:4,18
  35:3,7

threatening
  16:8 22:16
  24:5 29:18

threats
  16:4,5,6
  17:10,13,
  15 18:18,
  20 19:15,
  20 20:2,

11,14
  21:9,18,19
  22:23 23:2
  29:10,16,
  20,25
  30:1,3

tight   20:1

time   13:16
  15:20
  20:23
  22:6,15
  24:4 28:24
  32:2 34:4
  36:12 37:4
  38:4 43:1,
  16 44:4

times   33:15
  40:6,10
  43:6

TIRY   31:6

today   5:24
  6:9,17,24
  7:3 15:25

today's
  14:11,20
  15:6,23,24

told   15:16,
  25 16:7,
  10,11,13
  17:12
  18:2,19
  19:9,19,21
  20:2,13
  22:5,7
  27:13

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

Harsimran Arora on 03/08/2021                    Index: top..working

35:16

**top** 35:11
36:25

**tortured**
15:17

**tran** 41:20

**transactions**
40:9 41:4,
6,9,17,22,
25

**transfer**
23:12

**translation**
14:5

**translator**
18:15

**truck** 8:25

**trusting**
20:22

**truth** 15:9,
19 16:2
26:19
32:24

**turn** 23:9
35:11
36:10,19,
25 37:6,11

**turned** 15:18
16:9 20:5,
8 22:20

—————

**U**

—————

**U.s.** 8:8,15

17:16
21:17
22:2,13
43:9

**Uh-huh** 13:9

**uncle** 16:7,
15 17:18
18:6 19:1,
9 21:13,21
22:10
23:22
29:10,11
36:5,9
37:16

**understand**
6:4,6,16
15:4 22:25
26:14
40:17,23
41:1 42:20

**Understood**
14:7

**United** 7:16,
18,21 8:4
32:11

**upset** 18:3
26:13
36:17 37:5
38:7

**upsetting**
17:18

—————

**V**

—————

**verbally**
29:19

**Viewing**
10:20
11:14
34:17

**Vineet** 17:16
18:10,19
20:3,13
21:10
22:14,16,
19 23:15
27:23
30:20

**Vineet's**
21:23,25

**violence**
25:15
26:4,16
27:4,8

**Virtual**
10:21
11:15

**visa** 8:13,
15,16

**visit** 8:4
32:12,14,
15 33:8,9,
10,13

**visited** 32:8

**visiting**
32:5

**Visitor** 8:17

**voicemail**
12:3,6,11

**voices** 22:4,

18

—————

**W**

—————

**wanted**
15:17,19
36:4,6
37:12 38:7

**waste** 38:2,5

**wedding**
16:10
19:21
20:3,9,14,
17 22:7
23:2
29:11,12
34:8,19,20
35:3,4,7,8

**weeks** 21:5

**West** 11:5

**Whatsapp**
29:13,15,
24 30:2,5,
8,25 31:14
32:1
33:19,21

**win** 23:19

**winter** 33:24

**withdrawn**
32:22

**work** 10:21
12:8

**working** 6:9
12:5,8,9,
12

**SAHIB ARORA, ET AL. vs CHARANJEEV SINGH, ET AL.**

**world**  34:23

**worried**  37:9

**worry**  37:10

**wrap**  42:14

**write**  9:17
  11:20

**written**
  29:18,20
  31:15

---

### Y

**year**  7:12
  8:7 21:6
  31:21,22,
  24

**years**  8:8
  20:23