## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 20-21451 |
| CROWN ASSETS, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| | § | Removed Case: |
| _____ | § | |
| | § | |
| SAHIB ARORA *et al.* | § | Superior Court of Fulton County |
| | § | Civil Action File No. 2020CV339119 |
| Petitioners, | § | |
| | § | |
| v. | § | |
| | § | Adversary Proceeding No. |
| | § | |
| CHARANJEEV SINGH *et al.* | § | 20-02041-JRS |
| | § | |
| Respondents. | § | |
| _____ | § | |

## NOTICE OF FILING AFFIDAVIT
## OF HARSIMRAN ARORA

_____

**COMES NOW** Petitioners and file this, their Notice of Filing Affidavit of

Harsimran Arora.

This 3rd day of August 2021.

Respectfully Submitted,

_____

Michael A. Dominy

State Bar No. 225335
Attorney for Petitioners

The Dominy Law Firm, LLC
1629 Monroe Drive NE
Atlanta, Georgia 30324
(404) 900-9570

michael@dominylaw.net

Fulton County Superior Court
***EFILED***MH
Date: 9/14/2020 2:11 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| SAHIB ARORA; VINEET SINGH; KING GROUP MGMT LLC; MAHARAJA INVESTMENTS, LLC and ZILLIONAIRE ASSETS, LLC §§§§§§§§§ | |
| Petitioners, §§ | |
| v. §§§ | CIVIL ACTION FILE NO. 2020CV339119 |
| CHARANJEEV SINGH; KARAN S. AHUJA; JARNAIL SINGH; JONIKA ARORA; CROWN ASSETS, LLC; 2551 E PINETREE BLVD MGMT LLC; 2551 EAST PINETREE BLVD LLC; 4319 COVINGTON HWY, LLC; 140 W DYKES STREET LLC; 1604 E OGLETHORPE BLVD, LLC; KING ASSETS, LLC and 2505 S MAIN STREET, LLC §§§§§§§§§§§§§§ | |
| Respondents. §§ | |

## SECOND AFFIDAVIT OF HARSIMRAN ARORA

PERSONALLY APPEARED before the undersigned officer authorized to administer oaths, Harsimran Arora, who, having been duly sworn, testifies under oath as follows:

1.

My name is Harsimran Arora. I am over the age of 18 years, am operating under no legal disabilities and make this Affidavit based upon my own personal

knowledge of the facts stated herein.  I understand that this Affidavit is to be filed for consideration by the Court in the above-styled action.

2.

Attached hereto as Exhibit "A" is a true and correct copy of my Capital One credit card statement dated August 19, 2019, which shows charges to the account totaling $524.70.  I incurred none of these charges.

3.

One of the charges shown on my Capital One credit card statement is a payment to the Georgia Secretary of State on July 23, 2019 in the amount of $250.00, which was a charge for the organization of King Assets, LLC that was completed on July 26, 2019, incurred by Charanjeev Singh as shown on the printout from the Secretary of State's office attached hereto as Exhibit "B".

4.

Attached hereto as Exhibit "C" is a true and correct copy of my Capital One credit card statement dated September 19, 2019, which shows charges to the account totaling $1074.16  I incurred none of these charges.

5.

Attached hereto as Exhibit "D" is a true and correct copy of my CitiBank credit card statement dated September 9, 2019, which shows charges to the account totaling $16,247.59.  I incurred none of these charges.

2

6.

One of the charges shown on my CitiBank credit card statement is a payment to the law firm of Rountree Leitman & Klein on August 29, 2019 in the amount of $1,234.00.

7.

Other charges shown on my CitiBank credit card statement include a home inspection fee incurred on August 27, 2019, two charges for appraisals, one dated August 26, 2019 and the other dated September 5, 2019, several charges with Georgia Power, numerous charges with Home Depot and one with Brandsmart. Charanjeev obviously incurred these charges in connection with King Assets, LLC's purchase of the property located at 7530 St. Marlo Country Club Parkway, City of Duluth, Forsyth County

8.

Attached hereto as Exhibit "E" is a true and correct copy of my Discover credit card statement dated September 6, 2019, which shows a $10,170.00 balance transfer to the account and fees of $305.10. I did not transfer this balance.

9.

Attached hereto as Exhibit "F" is a true and correct copy of my Fifth Third Bank credit card statement dated September 15, 2019, which shows a $2,900 balance transfer to the account and fees of $87.00. I did not transfer this balance.

10.

Attached hereto as Exhibit "G" is a true and correct copy of my Wells Fargo

bank statement dated September 30, 2019, which shows a $1,200.00 bill pay charge and a $726.74 balance transfer.  I did not incur the charge or transfer the balance.  They were made by Karan Ahuja as indicated on the statement.

11.

When he was still in the United States in late September of 2019, Vineet called and told me to check my credit card accounts because there might be a problem.  He said that Charanjeev or Ahuja had removed my U. S. identification and other personal identifying documents from my brother Sahib Arora's home.  I checked my accounts on-line and discovered that Charanjeev had incurred the charges on my account as shown on the attached statements. I called Charanjeev and told him that I had found out what they had done.  He responded to me that he would return the money. He paid some of the charges but left me saddled with approximately $29,000 in unpaid debt. My credit rating dropped significantly.

FURTHER AFFIANT SAITH NAUGHT.

HARSIMRAN ARORA

Sworn to and subscribed before me
this _10_ day of _September_, 2020.

NOTARY PUBLIC

4

**Capital**One

Page 1 of 2
**Visa Platinum Account Ending in 3239**
Jul. 20, 2019 - Aug. 19, 2019 | 31 days in Billing Cycle

## Payment Information

**Payment Due Date**
### Sep. 16, 2019

For online and phone payments, the deadline is 8pm ET.

**New Balance**
## $2,440.75

**Minimum Payment Due**
## $25.00

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 14 Years | $6,507 |
| $95 | 3 Years | $3,429 |
| Estimated savings if balance is paid off in about 3 years: $3,078 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $1,941.05 |
| Payments | - $25.00 |
| Other Credits | $0.00 |
| Transactions | + $524.70 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $2,440.75** |
| Credit Limit | $3,500.00 |
| Available Credit (as of Aug. 19, 2019) | $1,059.25 |
| Cash Advance Credit Limit | $3,000.00 |
| Available Credit for Cash Advances | $1,059.25 |

Rewards Balance as of 08/18/2019
**$38.48**
Track and redeem your rewards with our mobile app or on www.capitalone.com

| Previous Balance | Earned | Redeemed |
|---|---|---|
| $30.61 | $7.87 | $0.00 |

### Account Notifications

 You are enrolled in AutoPay. You've selected to pay the minimum amount due, which will be debited from your bank account on your due date. If your payment is more than your current balance, we will only debit the current balance.

Pay or manage your account on our mobile app or at www.capitalone.com.   Customer Service: 1-800-903-3637   See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

400038


Get the app designed to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.
Text **ONE** to 80101 to download the app. Messaging & Data rates may apply.

Payment Due Date: **Sep. 16, 2019**     Account Ending in 3239

**New Balance**
$2,440.75

**Minimum Payment Due**
$25.00

**Amount Enclosed**
$ _____

HARSIMRAN ARORA
660 BELGRAVE LN
TUCKER, GA 30084-2076

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

**Exhibit "A"**

1  4003449848503239  19  2440750025000025006

Case 20-02041-jrs    Doc 140-3    Filed 08/03/21    Entered 08/03/21 10:17:26    Desc
Exhibit Affidavit of Harsimran Arora    Page 8 of 24

Page 2 of 2

**Visa Platinum Account Ending in 3239**
Jul. 20, 2019 - Aug. 19, 2019 | 31 days in Billing Cycle

## Transactions

Visit www.capitalone.com to see detailed transactions.

### HARSIMRAN ARORA #3239: Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Aug 16 | CAPITAL ONE AUTOPAY PYMTAuthDate 24-Jul | - $25.00 |

### HARSIMRAN ARORA #3239: Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Jul 23 | KAPLAN-JYMONK-DEARBORN608-779-55 99WI | $195.00 |
| Jul 23 | S.O.S. CORP GATEWAY404-652-2887GA | $250.00 |
| Jul 30 | 9640 AMC ONLINE888-440-4262KS | $21.55 |
| Jul 30 | DD/BR #347710 Q35RIVERDALEGA | $3.23 |
| Aug 7 | VITAMIN WORLD ONLINE866-836-7050NY | $54.92 |
| | **HARSIMRAN ARORA #3239: Total** | **$524.70** |

**Total Transactions for This Period**    **$524.70**

### Fees

| Date | Description | Amount |
|------|-------------|--------|
| | **Total Fees for This Period** | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

### Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 0.00% | $2,379.57 | $0.00 |
| Cash Advances | 24.99% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300085

Protect your **credit** score.
Detect fraud with automatic alerts if your credit report changes with CreditWise®—built right into the Capital One® mobile app.

Text **ONE** to **80101** to download the app. Messaging & Data rates may apply.

# STATE OF GEORGIA

## Secretary of State

### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 07/26/2019 17:23:33

| BUSINESS INFORMATION | |
|---|---|
| **BUSINESS NAME** | : King assets LLC |
| **CONTROL NUMBER** | : 19094056 |
| **BUSINESS TYPE** | : Domestic Limited Liability Company |

| BUSINESS INFORMATION CURRENTLY ON FILE | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 660 Belgrave lane, Tucker, GA, 30084, USA |
| **REGISTERED AGENT NAME** | : Karan Ahuja |
| **REGISTERED OFFICE ADDRESS** | : 660 Belgrave lane, Tucker, GA, 30084, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| UPDATES TO ABOVE BUSINESS INFORMATION | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 200 Glenridge Point Parkway, Suite 100, Atlanta, GA, 30342, USA |
| **REGISTERED AGENT NAME** | : Charanjeev Singh |
| **REGISTERED OFFICE ADDRESS** | : 200 Glenridge Point Parkway, Suite 100, Atlanta, GA, 30342, USA |
| **REGISTERED OFFICE COUNTY** | : Fulton |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Charanjeev Singh |
| **AUTHORIZER TITLE** | : Authorized Person |

**Exhibit "B"**

**CapitalOne**®

**Visa Platinum Account Ending in 3239**
Aug. 20, 2019 - Sep. 19, 2019 | 31 days in Billing Cycle

## Payment Information

Payment Due Date

**Oct. 16, 2019**

For online and phone payments, the deadline is 8pm ET.

New Balance

**$3,349.05**

Minimum Payment Due

**$33.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 17 Years | $9,416 |
| $132 | 3 Years | $4,749 |
| Estimated savings if balance is paid off in about 3 years: $4,667 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $2,440.75 |
| Payments | - $25.00 |
| Other Credits | - $140.86 |
| Transactions | + $1,074.16 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $3,349.05** |
| Credit Limit | $3,500.00 |
| Available Credit (as of Sep. 19, 2019) | $150.95 |
| Cash Advance Credit Limit | $3,000.00 |
| Available Credit for Cash Advances | $150.95 |

Rewards Balance as of
09/18/2019
**$11.09**

Track and redeem your rewards with our mobile app or on www.capitalone.com

| Previous Balance | Earned | Redeemed |
|---|---|---|
| $38.48 | $14.64 | -$42.03 |

### Account Notifications

 You are enrolled in AutoPay. You've selected to pay the minimum amount due, which will be debited from your bank account on your due date. If your payment is more than your current balance, we will only debit the current balance.

---

Pay or manage your account on our mobile app or at  www.capitalone.com.          Customer Service: 1-800-903-3637          See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.



400035

Make a statement.
**Go paperless.**
Stop waiting for your bill to arrive in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

Payment Due Date: **Oct. 16, 2019**

Account Ending in 3239

New Balance

**$3,349.05**

Minimum Payment Due

**$33.00**

Amount Enclosed

$ _____

HARSIMRAN ARORA
660 BELGRAVE LN
TUCKER, GA 30084-2076

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

**Exhibit "C"**

1  4003449848503239  19  3349050025000033001

Case 20-02041-jrs    Doc 140-3    Filed 08/03/21    Entered 08/03/21 10:17:26    Desc
Exhibit Affidavit of Harsimran Arora    Page 11 of 24

Page 2 of 2

**Visa Platinum Account Ending in 3239**
Aug. 20, 2019 - Sep. 19, 2019 | 31 days in Billing Cycle

## Transactions

Visit www.capitalone.com to see detailed transactions.

### HARSIMRAN ARORA #3239: Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Aug 22 | CREDIT-CASH BACK REWARD | - $42.03 |
| Aug 23 | THE HOME DEPOT 118DECATURGA | - $98.83 |
| Sep 16 | CAPITAL ONE AUTOPAY PYMTAuthDate 21-Aug | - $25.00 |

### HARSIMRAN ARORA #3239: Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Aug 18 | THE HOME DEPOT #6977ELLENWOODGA | $104.18 |
| Aug 19 | THE HOME DEPOT #0118DECATURGA | $52.63 |
| Aug 19 | THE HOME DEPOT #6977ELLENWOODGA | $80.04 |
| Aug 19 | U-HAULNOVELTY SHOPPEETUCKERGA RETURN: 08/19/19 | $134.67 |
| Aug 21 | U-HAULMARATHON FOOD MARTNORCROSSGA RETURN: 08/21/19 | $81.62 |
| Aug 22 | USPS CHANGE OF ADDRESS800-238-3150TN | $1.05 |
| Aug 22 | USPS CHANGE OF ADDRESS800-238-3150TN | $1.05 |
| Aug 22 | THE HOME DEPOT #0118DECATURGA | $570.37 |
| Aug 25 | LATTICE INC800-910-1316NJ | $25.95 |
| Aug 26 | USPS CHANGE OF ADDRESS800-238-3150TN | $1.05 |
| Aug 29 | 9640 AMC ONLINE888-440-4262KS | $21.55 |
| **HARSIMRAN ARORA #3239: Total** | | **$1,074.16** |
| **Total Transactions for This Period** | | **$1,074.16** |

### Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Transactions Continued

### Totals Year-to-Date

| | |
|---|---|
| Total Fees charged | $0.00 |
| Total Interest charged | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|-----------------------------|----------------------------------|-----------------|
| Purchases | 0.00% | $3,332.88 | $0.00 |
| Cash Advances | 24.99% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300077

Manage your account anywhere, anytime.
Pay your bill, set up alerts and more with the Capital One® mobile app.

Text ONE to 80101 to download the app today. Messaging & Data rates may apply.

Citi® Diamond Preferred® Card-8742

| Current balance | Last statement balance |
|---|---|
| $0.00 | $0.00 |
| Available credit $0.00 | Minimum due $0.00 |
| Statement closing Sep 09 | Payment due Sep 07 |

## Transactions

Last year (2019)

Posted Total $16,247.59

| Date | Description | Amount |
|---|---|---|
| Dec 10, 2019 | INTEREST CHARGED TO RTSALEOFFER | $25.64 |
| Dec 09, 2019 | PAYPAL *EBAY INC 4029357733 CA | $3.09 |
| Dec 07, 2019 | AUTOPAY 000000000057341RAUTOPAY AUTO-PMT | −$241.00 |
| Nov 29, 2019 | PAYPAL *EBAY DEALPARTN 4029357733 CA | $258.46 |
| Nov 25, 2019 | PAYPAL *BRANDSMART 4029357733 GA | $142.96 |
| Nov 11, 2019 | INTEREST CHARGED TO RTSALEOFFER | $29.23 |
| Nov 07, 2019 | AUTOPAY 000000000057341RAUTOPAY AUTO-PMT | −$244.00 |
| Oct 09, 2019 | PAYPAL *WAYFAIR 4029357733 MA | −$0.70 |
| Oct 09, 2019 | INTEREST CHARGED TO RTSALEOFFER | $25.57 |
| Oct 07, 2019 | AUTOPAY 000000000057341RAUTOPAY AUTO-PMT | −$90.00 |
| Oct 03, 2019 | Amazon Prime 8665572820 WA | $12.99 |
| Sep 17, 2019 | PAYPAL *FLOORDECORO 4029357733 GA | −$12.21 |
| Sep 17, 2019 | PAYPAL *FLOORDECORO 4029357733 GA | −$144.45 |
| Sep 13, 2019 | PAYPAL *HOME DEPOT 4029357733 GA | $41.70 |

Alice

Need not to worry at all, Always remember your card comes with 100% fraud protection. We will never ask you to pay for something which is not authorized.

So be rest assured!

For us to start may I have the last 2 digit of the card number please.

Could you please help me with the amount and date

Type your message

| Date | Description | Amount |
|---|---|---|
| Sep 13, 2019 | PAYPAL *HOME DEPOT 4029357733 GA | $53.22 |
| Sep 13, 2019 | PAYPAL *HOME DEPOT 4029357733 GA | $113.58 |
| Sep 13, 2019 | PAYPAL *WAYFAIR 4029357733 MA | $253.86 |
| Sep 12, 2019 | PAYPAL *HOME DEPOT 4029357733 GA | $17.33 |
| Sep 12, 2019 | PAYPAL *HOME DEPOT 4029357733 GA | $56.11 |
| Sep 12, 2019 | PAYPAL *HOME DEPOT 4029357733 GA | $509.44 |
| Sep 12, 2019 | PAYPAL *HOME DEPOT 4029357733 GA | $1,449.72 |
| Sep 11, 2019 | PAYPAL *WAYFAIR 4029357733 MA | −$253.86 |
| Sep 11, 2019 | AMZN Mktp US*MO7RU0260 Amzn.com/bill WA | $213.98 |
| Sep 11, 2019 | AMZN Mktp US*CB66X3PM3 Amzn.com/bill WA | $684.22 |
| Sep 11, 2019 | FSI*GEORGIA POWER 866-702-1864 GA | $248.25 |
| Sep 11, 2019 | FSI*GEORGIA POWER 866-702-1864 GA | $1,002.25 |
| Sep 11, 2019 | PAYPAL *WAYFAIR 4029357733 MA | $2,574.17 |
| Sep 10, 2019 | PAYPAL *FLOORDECORO 4029357733 GA | $1,478.90 |
| Sep 10, 2019 | PAYPAL *WAYFAIR 4029357733 MA | $2,045.16 |
| Sep 10, 2019 | Online Purchase Bonus | −$25.00 |
| Sep 09, 2019 | FSI*GEORGIA POWER 866-702-1864 GA | $1,002.25 |
| Sep 08, 2019 | THE HOME DEPOT #0118 DECATUR GA | $336.52 |
| Sep 06, 2019 | THE HOME DEPOT #0118 DECATUR GA | $100.70 |
| Sep 05, 2019 | AMZN Mktp US*UN0AD20L3 Amzn.com/bill WA | $59.87 |
| Sep 05, 2019 | APPRAISAL NATION 8667350901 NC | $225.00 |
| Sep 04, 2019 | PARKER & SON SCREEN & DECATUR GA | $416.83 |
| Sep 03, 2019 | AMZN Mktp US*MO01I0291 Amzn.com/bill WA | $5.13 |
| Sep 03, 2019 | AMZN Mktp US*MO18Y5P10 Amzn.com/bill WA | $9.98 |
| Sep 03, 2019 | AMZN Mktp US*CG3F63453 Amzn.com/bill WA | $14.99 |
| Sep 03, 2019 | AMZN Mktp US*MO2MS82L1 Amzn.com/bill WA | $43.98 |

Alice

Need not to worry at all, Always remember your card comes with 100% fraud protection. We will never ask you to pay for something which is not authorized.

So be rest assured!

For us to start may I have the last 2 digit of the card number please.

Could you please help me with the amount and date

Type your message

| Date | Description | Amount |
|---|---|---|
| Sep 03, 2019 | THE HOME DEPOT #0118 DECATUR GA | $280.32 |
| Sep 03, 2019 | PAYPAL *MERRYWAY 4029357733 CA | $676.00 |
| Sep 01, 2019 | FSI*GEORGIA POWER 866-702-1864 GA | $102.25 |
| Aug 31, 2019 | THE HOME DEPOT #0118 DECATUR GA | $148.11 |
| Aug 29, 2019 | ROUNTREE LEITMAN & KLE ATLANTA GA | $1,234.00 |
| Aug 27, 2019 | NATL PROPERTY INSPEC 7706562209 GA | $450.00 |
| Aug 26, 2019 | THE HOME DEPOT #0118 DECATUR GA | −$10.77 |
| Aug 26, 2019 | APPRAISAL NATION 8667350901 NC | $560.00 |
| Aug 25, 2019 | THE HOME DEPOT #0118 DECATUR GA | $363.82 |

| End of activity | Total activity Last year (2019) | $16,247.59 |
|---|---|---|
| | *Pending purchases* | *$0.00* |
| | Purchases | $17,189.14 |
| | Cash advances | $0.00 |
| | Payments/credits | −$1,021.99 |
| | Fees/interest | $80.44 |



Alice

Need not to worry at all, Always remember your card comes with 100% fraud protection. We will never ask you to pay for something which is not authorized.

So be rest assured!

For us to start may I have the last 2 digit of the card number please.

Could you please help me with the amount and date

*Type your message*

# DISCOVER

**Discover it® Card**

Account number ending in 2457

Open Date: Sep 6, 2019 - Close Date: Oct 5, 2019
Cardmember Since 2017

Page 1 of 6

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | + | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $10,170.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $305.10 |
| Interest Charged | + | $0.00 |
| New Balance | | $10,475.10 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $10,500 |
| Credit Line Available | $24 |
| Cash Advance Credit Line | $1,100 |
| Cash Advance Credit Line Available | $24 |

You may be able to avoid interest on Purchases.
See reverse for details.



**FICO**
**655**

min 300 · 580 · 670 · 740 · 800 · 850 max

**FICO® Score Meter**

Your FICO® Credit Score on 9/29/19

Track recent scores on the FICO page in this statement

Thank you for your continued enrollment in DirectPay automatic payments. Your next automatic payment of $210.00 will be on November 4, 2019. See "Information For You" section for additional details.

## PAYMENT INFORMATION

| | |
|---|---|
| **New Balance** | **$10,475.10** |
| Minimum Payment Due | $210.00 |
| Payment Due Date | November 4, 2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

## REWARDS

| Cashback Bonus® | | Anniversary Month July |
|---|---|---|
| Opening Balance | $ | 0.00 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **0.00** |

To learn more, log in at **Discover.com**

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

**Payment Coupon**
Please do not fold, clip or staple.

**Pay Online**
Discover.com

**Pay by Phone**
1-800-347-3085

| | |
|---|---|
| Account number ending in | 2457 |
| Minimum Payment Due | $210.00 |
| New Balance | $10,475.10 |
| **Payment Due Date** | November 4, 2019 |
| **Amount enclosed** | $ |

HARSIMRAN ARORA
660 BELGRAVE LN
TUCKER GA 30084-2076



PO BOX 71084
CHARLOTTE NC 28272-1084

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

**Exhibit "E"**

0000019864511527400571047510000352130021000

 **DISCOVER**


Discover it® Card

Account number ending in 2457
Open Date: Sep 6, 2019 - Close Date: Oct 5, 2019
Page 3 of 6

# CONTACT US

|  Web |  Mobile |  Phone | Inquiry | Mail Payments |
|---|---|---|---|---|
| Access your account securely at Discover.com | Manage your account anytime, anywhere at m.Discover.com | 1-800-347-3085 TDD 1-800-347-7449 | Discover PO Box 30943 Salt Lake City UT 84130 | Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Balance Transfers** | Sep 9 | Sep 9 | WELLS FARGO - VISA ******4520BT MN | $ | 10,170.00 |
| **Fees** | Sep 9 | Sep 9 | BAL TRANS FEE | $ | 305.10 |
| | | | APR 0.00% EXPIRES 10/2020 | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | | 305.10 |
| **Interest Charged** | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | 0.00 |

## 2019 Totals Year-to-Date

| | | | |
|---|---|---|---|
| **TOTAL FEES CHARGED IN 2019** | $ | 305.10 |
| **TOTAL INTEREST CHARGED IN 2019** | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 30 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR)* | PROMO APR EXPIRATION DATE** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 22.74% V | N/A | $0.00 | $0.00 |
| Promotional Purchases | | | | |
|   Promotional purchases | 0.00% | 11/05/20 | $0.00 | $0.00 |
| Cash Advances | 26.74% V | N/A | $0.00 | $0.00 |
| Balance Transfers | 0.00% | 10/05/20 | $9,427.59 | $0.00 |

V=Variable Rate

\*   If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.

\*\*  This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.

\*\*\* For more information, please call us at 1-800-347-2683.

## Information For You

**Your next automatic minimum payment** of $210.00 will be on November 4, 2019. Any payments made prior to this date will be applied towards your minimum payment due. Any credits applied to your Account for the billing cycle reflected on this statement may lower your minimum payment due and thus the scheduled DirectPay amount.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**



# FIFTH THIRD BANK

*TRIO® Credit Card*

**Account Number Ending in 0542**
**August 16, 2019 to September 15, 2019**

Page 1 of 4

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$2,900.00 |
| Cash Advances | +$0.00 |
| **Fees Charged** | **+$87.00** |
| **Interest Charged** | **+$0.00** |
| New Balance | $2,987.00 |
| Credit Limit | $3,000.00 |
| Cash Limit | $1,500.00 |
| Available Credit | $13.00 |
| Available Cash | $13.00 |
| Statement Closing Date | 09/15/2019 |
| Days In Billing Cycle | 31 |

### QUESTIONS?

| | |
|---|---|
| Customer Service | 800-972-3030 |
| Lost or Stolen Credit Card | 800-782-0279 |

Please send billing inquiries and correspondence to:
FIFTH THIRD BANK
CUSTOMER SERVICE MD:1MOC2G
5050 KINGSLEY DR
CINCINNATI, OH 45227-1115

Please send payment to:
FIFTH THIRD BANK
PO BOX 740789
CINCINNATI, OH 45274-0789

## Payment Information

| | |
|---|---|
| New Balance | $2,987.00 |
| Minimum Payment Due | $35.00 |
| Payment Due Date | 10/12/19 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 years | $6,723 |
| $102 | 3 years | $3,672 *(Savings = $3,051)* |

For information on credit counseling or debt management call 1-866-686-6322.

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Page 1 of 2
Please write your account number on your check made payable to Fifth Third Bank and mail portion below in return envelope.

CRD000 / FTBW / 20190915 / 00N2 / 97641

---



# FIFTH THIRD BANK
Madisonville Operations Center
MD 1MOC2G Cincinnati, OH 45263

0000003500000029870054141373314605429

Print address changes below.

Street _____ Apt.#
City _____ State _____ Zip
Home Phone _____ Alternate Phone

**HARSIMRAN ARORA**    0097641
**660 BELGRAVE LN**
**TUCKER GA  30084-2076**

| | |
|---|---|
| Account Number | |
| New Balance | $2,987.00 |
| Minimum Payment Due | $35.00 |
| Payment Due Date | October 12, 2019 |

**FIFTH THIRD BANK**
**PO BOX 740789**
**CINCINNATI OH  45274-0789**

**Exhibit "F"**

Total Enclosed $ _____

⑈0000 298 700⑈:


**FIFTH THIRD BANK**
*TRIO® Credit Card*

**Account Number Ending in 0542**
**August 16, 2019 to September 15, 2019**



Page 3 of 4

## Transactions

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| HARSIMRAN ARORA | | XXXX XXXX XXXX 0542 | | |
| | | | Purchases, Cash Advances & Other Charges | |
| | 09/10 | 09/11 | BAL TRANSFER | $2,900.00 |
| | | | Total Purchases, Cash Advances & Other Charges | $2,900.00 |

## Fees

| | Trans Date | Post Date | Description of Transaction | Amount |
|---|---|---|---|---|
| | 09/10 | 09/11 | BALANCE TRANSFER FEE | $87.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $87.00 |

## 2019 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $87.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge | Introductory Rate/ Promo Expiry Date |
|---|---|---|---|---|
| Current Purchases* | 24.99% (v) | $0.00 | $0.00 | |
| Current Cash* | 26.99% (v) | $0.00 | $0.00 | |
| Current Balance Transfer* | 24.99% (v) | $0.00 | $0.00 | |
| Current Promo Balance | 0.00% | $561.29 | $0.00 | 01/31/2021 |

(v) = Variable Rate

*If you have a Promotion, the balance may include but is not limited to Balance Transfers, Convenience Checks and other various promotional interest rate offers.

# Wells Fargo Everyday Checking

September 30, 2019  ■  Page 1 of 4



HARSIMRAN ARORA
3016 HENDERSON MILL RD
ATLANTA GA 30341-5602

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
*Telecommunications Relay Services calls accepted*

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY: 1-800-877-4833*
*En español: 1-877-727-2932*

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $1,860.10 |
| Deposits/Additions | 198.03 |
| Withdrawals/Subtractions | - 1,957.74 |
| **Ending balance on 9/30** | **$100.39** |

Account number:  **7256865002**

**HARSIMRAN ARORA**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- ■  Savings  -
- ■  Credit Card  -  XXXX-XXXX-XXXX-8718

# Exhibit "G"

September 30, 2019  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/3 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06S3Fdwp xxxxxx6400 | | 1.00 | 1,859.10 |
| 9/4 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06S7Lpd6 xxxxxx6400 | | 1.00 | 1,858.10 |
| 9/5 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06SD8Tg5 xxxxxx6400 | | 1.00 | 1,857.10 |
| 9/6 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Sk56Bs xxxxxx6400 | | 1.00 | 1,856.10 |
| 9/9 | | Online Transfer From Arora H Way2Save Savings xxxxxx6400 Ref #Ib06Stkfcy on 09/07/19 | 198.03 | | |
| 9/9 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Sy7Qvh xxxxxx6400 | | 1.00 | 2,053.13 |
| 9/10 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06T3Wh8B xxxxxx6400 | | 1.00 | |
| 9/10 | | Bill Pay Bank of America Business Card on-Line Xxxxxxxxxx68550 on 09-10 | | 1,200.00 | |
| 9/10 | | Hsbc Bank USA NA Hsbc Bank 190909 043000094093500 Ahuja Karan | | 726.74 | |
| 9/10 | | Save As You Go Transfer Debit to Xxxxxxxxxx6400 | | 1.00 | 124.39 |
| 9/11 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06T7Zl6F xxxxxx6400 | | 1.00 | 123.39 |
| 9/12 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Tcrwy5 xxxxxx6400 | | 1.00 | 122.39 |
| 9/13 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Tj52RV xxxxxx6400 | | 1.00 | 121.39 |
| 9/16 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Tz3Xrr xxxxxx6400 | | 1.00 | 120.39 |
| 9/17 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06V5Fqk6 xxxxxx6400 | | 1.00 | 119.39 |
| 9/18 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06V989Hn xxxxxx6400 | | 1.00 | 118.39 |
| 9/19 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Vdzd88 xxxxxx6400 | | 1.00 | 117.39 |
| 9/20 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Vkdkq2 xxxxxx6400 | | 1.00 | 116.39 |
| 9/23 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Vy8Mpc xxxxxx6400 | | 1.00 | 115.39 |
| 9/24 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06W3Ssnp xxxxxx6400 | | 1.00 | 114.39 |
| 9/25 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06W7Hxdt xxxxxx6400 | | 1.00 | 113.39 |
| 9/26 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Wc83Xc xxxxxx6400 | | 1.00 | 112.39 |
| 9/27 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Wj8Lxl xxxxxx6400 | | 1.00 | 111.39 |
| 9/30 | | Recurring Transfer to Arora H Way2Save Savings Ref #Op06Wwlcdj xxxxxx6400 | | 1.00 | |
| 9/30 | | Monthly Service Fee | | 10.00 | 100.39 |
| **Ending balance on 9/30** | | | | | **100.39** |
| **Totals** | | | **$198.03** | **$1,957.74** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| SAHIB ARORA; VINEET SINGH; | § | |
| KING GROUP MGMT LLC; | § | |
| MAHARAJA INVESTMENTS, LLC | § | |
| and ZILLIONAIRE ASSETS, LLC | § | |
| | § | |
| Petitioners, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | FILE NO. 2020CV339119 |
| | § | |
| CHARANJEEV SINGH; KARAN S. | § | |
| AHUJA; JARNAIL SINGH; JONIKA | § | |
| ARORA; CROWN ASSETS, LLC; | § | |
| 2551 E PINETREE BLVD | § | |
| MGMT LLC; 2551 EAST PINETREE | § | |
| BLVD LLC; 4319 COVINGTON | § | |
| HWY, LLC; 140 W DYKES | § | |
| STREET LLC; 1604 E | § | |
| OGLETHORPE BLVD, LLC; | § | |
| KING ASSETS, LLC and | § | |
| 2505 S MAIN STREET, LLC | § | |
| | § | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing **Second Affidavit of Harsimran Arora** by email marked STATUTORY ELECTRONIC SERVICE upon counsel for Respondents Charanjeev Singh, Karan S. Ahuja, Jarnail Singh, Jonika Arora, Crown Assets, LLC, 4319 Covington Hwy, LLC, 140 W Dykes Street LLC, 1604 W. Oglethorpe Blvd, LLC, 2505 S. Main

Street LLC and King Assets, LLC, as follows:

David S. Klein, Esq. at dklein@rlklawfirm.com and

Alexandra M. Dishun, Esq., at adishun@rlklawfirm.com

By Priority Mail: Upon Respondent 2551 East Pinetree Blvd, LLC c/o Sameer

Lalani, 1040 Indian Trail Rd., Suite Bl, Lilburn, GA 30047

This 14th day of September, 2020.

_____
Michael A. Dominy
State Bar No. 225335
Attorney for Petitioners

The Dominy Law Firm, LLC
729 Piedmont Avenue NE
Atlanta, Georgia  30308
(404) 900-9570

michael@dominylaw.net

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 20-21451 |
| CROWN ASSETS, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| _____ | § | Removed Case: |
| | § | |
| SAHIB ARORA *et al.* | § | Superior Court of Fulton County |
| | § | Civil Action File No. 2020CV339119 |
| Petitioners, | § | |
| | § | |
| v. | § | |
| | § | Adversary Proceeding No. |
| | § | |
| CHARANJEEV SINGH *et al.* | § | 20-02041-JRS |
| | § | |
| Respondents. | § | |
| _____ | § | |

## CERTIFICATE OF SERVICE
_____

 THIS IS TO CERTIFY that I have this day served a copy of the foregoing **Affidavit of Harsimran Arora** upon the parties listed below by filing a copy of same with the Court's CM/ECF system, which will automatically provide a copy of same to:

| | | |
|---|---|---|
| William A. Rountree, Esq. | Ramsey A. Knowles, Esq. | Matthew R. Thiry, Esq. |
| David S. Klein, Esq. | Jared K. Hodges, Esq. | Matt Thiry Law, LLC |
| Benjamin R. Keck, Esq. | Knowles Gallant LLC | P.O. Box. 923054 |
| Century Plaza I | Suite 350 | Peachtree Corners, Georgia |
| 2987 Clairmont Road, Suite 175 | 3400 Powers Ferry Road | 30010 |
| Atlanta, Georgia 30329 | Atlanta, Georgia 30339 | Matt@MattThiryLaw.com |
| dklein@rlklawfirm.com | rknowles@knowlesgallant.com | |
| wrountree@rlklawfirm.com | jhodges@knowlesgallant.com | |
| bkeck@rlklawfirm.com | | |

 This 3rd day of August, 2021.

_____

Michael A. Dominy
State Bar No. 225335
Attorney for Petitioners

The Dominy Law Firm, LLC
1629 Monroe Drive NE
Atlanta, Georgia 30324
(404) 900-9570

michael@dominylaw.net