**IT IS ORDERED as set forth below:**



**Date: April 22, 2022**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CROWN ASSETS, LLC, | ) | Case No. 20-21451 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| SAHIB ARORA; VINEET SINGH; | ) | Removed Case: |
| KING GROUP MGMT, LLC; | ) | |
| MAHARAJA INVESTMENTS, LLC; and | ) | Fulton County, Superior Court, |
| ZILLIONAIRE ASSETS, LLC, | ) | Case Number 2020CV339119 |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No.: |
| | ) | |
| CHARANJEEV SINGH; KARAN S. AHUJA; | ) | 20-02041-JRS |
| JARNAIL SINGH; JONIKA ARORA; | ) | |
| CROWN ASSETS, LLC; 2551 E PINETREE | ) | |
| BLVD MGMT LLC; 2551 EAST PINETREE | ) | |
| BLVD LLC; 4319 COVINGTON HWY LLC; | ) | |

1

| | |
|---|---|
| 140 W DYKES STREET LLC; 1604 E OGLETHORPE BLVD LLC; KING ASSETS, LLC; and 2505 S MAIN STREET, LLC, | ) ) ) ) |
| Respondents. | ) ) ) |

## ORDER DENYING RESPONDENTS' MOTION FOR SANCTIONS RELATING TO PERJURY

Respondents filed their Motion for Sanctions Relating to Perjury (the "Motion") on May 3, 2021 [Adv. Doc. 104]. Petitioners filed their Response in Opposition on May 24, 2021 [Adv. Doc. 112]. The Motion alleges that Petitioners perjured themselves in their Complaint, deposition testimony, and affidavits filed in a related case pending in Thomas County, Georgia. After a hearing on the matter on June 17, 2021, the Court deferred ruling on the issue until post-trial.

The Court only considered the allegedly perjured statements of Petitioners, not of their non-party family members, although those did bear on their credibility during the trial. The majority of the allegedly conflicting statements made by Sahib Arora and Vineet Singh concerned the dates, ownership percentages, operating agreements, and other topics related to the business dealings of and interactions between the families. The Court has found many of the statements by the Petitioners to not be true which has adversely affected their credibility. Additionally, in a separate order, the Court has found in favor of Respondents and against Petitioners for the vast majority of the counts and counterclaims in the adversary proceeding and awarded the Respondents monetary damages and other relief, so the allegedly perjured statements have not adversely affected the Respondents in this litigation in a way that has not already been compensated by the Court. Therefore, the Court does not believe the statements in question should be subject to separate or additional sanctions. As such, it is hereby

**ORDERED** that the Motion is **DENIED.**

The Clerk shall serve a copy of this Order on Petitioners, Petitioners' counsel, Respondents, and Respondents' counsel.

**END OF DOCUMENT**