**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** ) | |
| ) | **CHAPTER 11** |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| **SAHIB ARORA; et al.,** ) | **REMOVED CASE:** |
| ) | |
| Petitioners, ) | **FULTON COUNTY, SUPERIOR** |
| ) | **COURT, CASE NUMBER** |
| v. ) | **2020CV339119** |
| ) | |
| **CHARANJEEV SINGH; et al.,** ) | **ADVERSARY PROCEEDING** |
| ) | **NO. 20-02041-JRS** |
| Respondents. ) | |
| _____ ) | |

<u>**JOINT MOTION FOR SUPPLEMENTAL ORDER AND JUDGMENT**</u>

Respondents Charanjeev Singh ("**Charanjeev**"), Karan S. Ahuja ("**Ahuja**"), Jarnail Singh

("**Jarnail**"), Jonika Arora ("**Jonika**"), Crown Assets, LLC ("**Crown**" or "**Debtor**"), 2551 E

Pinetree Blvd Mgmt LLC ("**Pinetree Management LLC**"), 4319 Covington Hwy, LLC

("**Covington LLC**"), 140 W Dykes Street LLC ("**Dykes LLC**"), 1604 E Oglethorpe Blvd, LLC

("**Oglethorpe LLC**"), King Assets, LLC ("**King Assets**"), and 2505 S Main Street, LLC ("**Main**

**LLC**") (collectively, the "**Crown Respondents**") and Respondent 2551 E Pinetree Blvd LLC

("**Pinetree LLC**"), by and through their respective undersigned counsel, hereby file this Joint

Motion for Supplemental Order and Judgment, respectfully showing the Court as follows:

1.      On April 22, 2022, the Court entered an Order on Complaint and Counterclaims

After Trial (the "**Final Order**"). [Dkt. No. 188].

2. In the Final Order, the Court, among other things, ordered that "the notices of lis pendens recorded in the real estate records by Petitioners in connection with this litigation and any title affidavits they filed are canceled of record." [Dkt. No. 188 at 109].

3. The Court further ordered that the Respondents could request "supplemental judgments specifically limited to the lis pendens or title affidavit on each property at issue in this case if that would make it easier for recording and title purposes." [Dkt. No. 188 at 109-110].

4. The following Notices of Lis Pendens were recorded by Petitioners in connection with the litigation:

| Property Address | County | Lien Book, Page Number |
| --- | --- | --- |
| 7530 St. Marlo Country Club Parkway, Duluth, Georgia 30097 | Forsyth | 431, 761 |
| 90 Hunters Chase, McDonough, Georgia 30253 | Henry | 1564, 298 |
| 325 Crooked Stick Drive, Milton, Georgia 30004 | Fulton | 4899, 78 |
| 1604 E Oglethorpe Boulevard, Albany, Georgia 31705 | Dougherty | 528, 354 |
| 140 W Dykes Street, Cochran, Georgia 31014 | Bleckley | 445, 176 |
| 2505 S Main Street, Moultrie, Georgia 31768 | Colquitt | 82, 381 |
| 4319 Covington Highway, Decatur, Georgia 30035 | DeKalb | 2325, 189 |
| 2551 E Pinetree Boulevard, Thomasville, Georgia 31792 | Thomas | 142, 260 |

5. The following Title Affidavits were recorded by Petitioners related to 2551 E Pinetree Boulevard, Thomasville, Georgia 31792:

| Affiant | County | Deed Book, Page Number |
| --- | --- | --- |
| Sahib Arora | Thomas | 2297, 321 |
| Vineet Singh | Thomas | 2297, 325 |

6.      Pursuant to the Court's Final Order, Respondents jointly request that the Court enter supplemental judgments/orders so that the above referenced documents recorded in the real estate records of such counties, may be easily canceled of record by the Clerk of Court in each respective county.

7.      Proposed orders are attached collectively hereto as <u>Exhibit A</u> and will further be uploaded through the Court's CM/ECF system.

[Signature of counsel on following page]

Respectfully submitted, this 26th day of April, 2022.

**ROUNTREE LEITMAN & KLEIN, LLC**

/s/ David S. Klein
David S. Klein, Ga. Bar No. 183389
dklein@rlklawfirm.com
Benjamin R. Keck, Ga. Bar No. 943504
bkeck@rlklawfirm.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
*Counsel for the Debtor Crown Assets, LLC and*
*Counsel for the Remaining Crown Respondents*

- and –

**MATT THIRY LAW, LLC**

/s/ Matthew R. Thiry
Matthew R. Thiry, Ga. Bar No. 100131
Matt@MattThiryLaw.com
P.O. Box. 923054
Peachtree Corners, Georgia 30010
(678) 883-6127
*Special Counsel for the Debtor Crown Assets, LLC*
*and Counsel for the Remaining Crown Respondents*

- and –

**KNOWLES GALLANT, LLC**

/s/ Jared Kim Hodges
Jared Kim Hodges
Georgia Bar. No. 225385
jhodges@knowlesgallant.com
6400 Powers Ferry Rd
Suite 350
Atlanta, GA 30339
404-590-3912
*Counsel for Respondent 2551 East Pinetree Blvd*
*LLC*

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** ) | |
| ) | **CHAPTER 11** |
| Debtor. ) | |
| ) | |
| ————————————— ) | |
| **SAHIB ARORA; et al.,** ) | **REMOVED CASE:** |
| ) | |
| Petitioners, ) | **FULTON COUNTY, SUPERIOR** |
| ) | **COURT, CASE NUMBER** |
| **v.** ) | **2020CV339119** |
| ) | |
| **CHARANJEEV SINGH; et al.,** ) | **ADVERSARY PROCEEDING** |
| ) | **NO. 20-02041-JRS** |
| Respondents. ) | |
| ————————————— ) | |

**SUPPLEMENTAL ORDER DIRECTING
CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**

**TO THE CLERK OF THE SUPERIOR COURT OF FORSYTH COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22,

2022 (the "**Final Order**"), the Clerk of the Superior Court of Forsyth County is hereby

**DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 431, Page 761,

Forsyth County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Forsyth County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 431, Page 761, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Forsyth County.

[END OF DOCUMENT]

Order Prepared and Presented By:

<u>/s/ David S. Klein</u>
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:** )  | **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** )  | **CHAPTER 11** |
| **Debtor.** )  | |
| _____ )  | |
| **SAHIB ARORA; et al.,** )  | **REMOVED CASE:** |
| **Petitioners,** )  | **FULTON COUNTY, SUPERIOR COURT, CASE NUMBER** |
| **v.** )  | **2020CV339119** |
| **CHARANJEEV SINGH; et al.,** )  | **ADVERSARY PROCEEDING** |
| **Respondents.** )  | **NO. 20-02041-JRS** |
| _____ )  | |

<u>**SUPPLEMENTAL ORDER DIRECTING
CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**</u>

**TO THE CLERK OF THE SUPERIOR COURT OF HENRY COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22, 2022 (the "**Final Order**"), the Clerk of the Superior Court of Henry County is hereby **DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 1564, Page 298, Henry County,

Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final

Order. The Clerk of the Superior Court of Henry County is further **DIRECTED** to record this

Supplemental Order with a marginal reference to Lien Book 1564, Page 298, aforesaid records.

Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for

recording to the Clerk of the Superior Court of Henry County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

Distribution List:

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** ) | |
| ) | **CHAPTER 11** |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| **SAHIB ARORA; et al.,** ) | **REMOVED CASE:** |
| ) | |
| Petitioners, ) | **FULTON COUNTY, SUPERIOR** |
| ) | **COURT, CASE NUMBER** |
| **v.** ) | **2020CV339119** |
| ) | |
| **CHARANJEEV SINGH; et al.,** ) | **ADVERSARY PROCEEDING** |
| ) | **NO. 20-02041-JRS** |
| Respondents. ) | |
| _____ ) | |

<u>**SUPPLEMENTAL ORDER DIRECTING**
**CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**</u>

**TO THE CLERK OF THE SUPERIOR COURT OF FULTON COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22, 2022 (the "**Final Order**"), the Clerk of the Superior Court of Fulton County is hereby **DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 4899, Page 78,

Fulton County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Fulton County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 4899, Page 78, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Fulton County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** | ) | |
| | ) | **CHAPTER 11** |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **SAHIB ARORA; et al.,** | ) | **REMOVED CASE:** |
| | ) | |
| Petitioners, | ) | **FULTON COUNTY, SUPERIOR** |
| | ) | **COURT, CASE NUMBER** |
| v. | ) | **2020CV339119** |
| | ) | |
| **CHARANJEEV SINGH; et al.,** | ) | **ADVERSARY PROCEEDING** |
| | ) | **NO. 20-02041-JRS** |
| Respondents. | ) | |
| _____ | ) | |

<u>**SUPPLEMENTAL ORDER DIRECTING**</u>
<u>**CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**</u>

**TO THE CLERK OF THE SUPERIOR COURT OF DOUGHERTY COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22,

2022 (the "**Final Order**"), the Clerk of the Superior Court of Dougherty County is hereby

**DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 528, Page 354,

Dougherty County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Dougherty County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 528, Page 354, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Dougherty County.

[END OF DOCUMENT]

Order Prepared and Presented By:

<u>/s/ David S. Klein</u>
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | )<br>) **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** | )<br>) **CHAPTER 11** |
| Debtor. | )<br>) |
| _____ | )<br>) |
| **SAHIB ARORA; et al.,** | ) **REMOVED CASE:**<br>) |
| Petitioners, | ) **FULTON COUNTY, SUPERIOR**<br>) **COURT, CASE NUMBER** |
| v. | ) **2020CV339119**<br>) |
| **CHARANJEEV SINGH; et al.,** | ) **ADVERSARY PROCEEDING**<br>) **NO. 20-02041-JRS** |
| Respondents. | )<br>) |
| _____ | ) |

**SUPPLEMENTAL ORDER DIRECTING**
**CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**

**TO THE CLERK OF THE SUPERIOR COURT OF BLECKLEY COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22,

2022 (the "**Final Order**"), the Clerk of the Superior Court of Bleckley County is hereby

**DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 445, Page 176,

Bleckley County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Bleckley County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 455, Page 176, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Bleckley County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** ) | |
| ) | **CHAPTER 11** |
|     **Debtor.** ) | |
| ) | |
| ——————————————— ) | |
| ) | |
| **SAHIB ARORA; et al.,** ) | **REMOVED CASE:** |
| ) | |
|     **Petitioners,** ) | **FULTON COUNTY, SUPERIOR** |
| ) | **COURT, CASE NUMBER** |
| **v.** ) | **2020CV339119** |
| ) | |
| **CHARANJEEV SINGH; et al.,** ) | **ADVERSARY PROCEEDING** |
| ) | **NO. 20-02041-JRS** |
|     **Respondents.** ) | |
| ——————————————— ) | |

<u>**SUPPLEMENTAL ORDER DIRECTING
CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**</u>

**TO THE CLERK OF THE SUPERIOR COURT OF COLQUITT COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22,

2022 (the "**Final Order**"), the Clerk of the Superior Court of Colquitt County is hereby

**DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 82, Page 381,

Colquitt County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Colquitt County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 82, Page 381, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Colquitt County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) **CASE NO. 20-21451** |
| CROWN ASSETS, LLC, | ) |
| | ) **CHAPTER 11** |
| Debtor. | ) |
| | ) |
| _____ | ) |
| | ) |
| SAHIB ARORA; et al., | ) **REMOVED CASE:** |
| | ) |
| Petitioners, | ) **FULTON COUNTY, SUPERIOR** |
| | ) **COURT, CASE NUMBER** |
| v. | ) **2020CV339119** |
| | ) |
| CHARANJEEV SINGH; et al., | ) **ADVERSARY PROCEEDING** |
| | ) **NO. 20-02041-JRS** |
| Respondents. | ) |
| _____ | ) |

**SUPPLEMENTAL ORDER DIRECTING
CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**

**TO THE CLERK OF THE SUPERIOR COURT OF DEKALB COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22,

2022 (the "**Final Order**"), the Clerk of the Superior Court of DeKalb County is hereby

**DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 2325, Page 189,

DeKalb County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of DeKalb County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 2325, Page 189, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of DeKalb County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** | ) |
| | ) **CHAPTER 11** |
| Debtor. | ) |
| | ) |
| _____ | ) |
| | ) |
| **SAHIB ARORA; et al.,** | ) **REMOVED CASE:** |
| | ) |
| Petitioners, | ) **FULTON COUNTY, SUPERIOR** |
| | ) **COURT, CASE NUMBER** |
| v. | ) **2020CV339119** |
| | ) |
| **CHARANJEEV SINGH; et al.,** | ) **ADVERSARY PROCEEDING** |
| | ) **NO. 20-02041-JRS** |
| Respondents. | ) |
| _____ | ) |

**SUPPLEMENTAL ORDER DIRECTING
CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS**

**TO THE CLERK OF THE SUPERIOR COURT OF THOMAS COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22,

2022 (the "**Final Order**"), the Clerk of the Superior Court of Thomas County is hereby

**DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 142, Page 260,

Thomas County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Thomas County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 142, Page 260, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Thomas County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CASE NO. 20-21451** |
| **CROWN ASSETS, LLC,** | ) | |
| | ) | **CHAPTER 11** |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **SAHIB ARORA; et al.,** | ) | **REMOVED CASE:** |
| | ) | |
| Petitioners, | ) | **FULTON COUNTY, SUPERIOR** |
| | ) | **COURT, CASE NUMBER** |
| v. | ) | **2020CV339119** |
| | ) | |
| **CHARANJEEV SINGH; et al.,** | ) | **ADVERSARY PROCEEDING** |
| | ) | **NO. 20-02041-JRS** |
| Respondents. | ) | |
| _____ | ) | |

**SUPPLEMENTAL ORDER DIRECTING
CLERK OF COURT TO CANCEL TITLE AFFIDAVITS**

**TO THE CLERK OF THE SUPERIOR COURT OF THOMAS COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22,

2022 (the "**Final Order**"), the Clerk of the Superior Court of Thomas County is hereby

**DIRECTED** to mark as cancelled the *Affidavit Pertaining to Title* filed by Dr. Sahib Arora

("Affidavit of Dr. Sahib Arora") and recorded at Deed Book 2297, Page 321, Thomas County, Georgia records and the *Affidavit Pertaining to Title* filed by Vineet Singh (the "Affidavit of Vineet Singh") and recorded at Deed Book 2297, Page 325, aforesaid records. The Affidavit of Dr. Sahib Arora and the Affidavit of Vineet Singh are hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Thomas County is further **DIRECTED** to record this Supplemental Order with marginal references to Deed Book 2297, Page 321 and Deed Book 2297, Page 325, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Thomas County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

<u>Distribution List:</u>

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303

### CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he served the foregoing on all counsel or parties of record in this adversary proceeding by filing a copy of same with the Court's CM/ECF system, which will automatically provide a copy of same to such counsel or parties, and by Electronic Mail service, addressed as follows:

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
wgeer@wiggamgeer.com
cchristy@wiggamgeer.com

This 26th day of April, 2022.

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
dklein@rlklawfirm.com