**IT IS ORDERED as set forth below:**



Date: April 27, 2022

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 20-21451 |
| CROWN ASSETS, LLC, | ) |
| | ) CHAPTER 11 |
| Debtor. | ) |
| | ) |
| SAHIB ARORA; et al., | ) REMOVED CASE: |
| | ) |
| Petitioners, | ) FULTON COUNTY, SUPERIOR |
| | ) COURT, CASE NUMBER |
| v. | ) 2020CV339119 |
| | ) |
| CHARANJEEV SINGH; et al., | ) ADVERSARY PROCEEDING |
| | ) NO. 20-02041-JRS |
| Respondents. | ) |
| | ) |

## SUPPLEMENTAL ORDER DIRECTING
## CLERK OF COURT TO CANCEL NOTICE OF LIS PENDENS

**TO THE CLERK OF THE SUPERIOR COURT OF HENRY COUNTY:**

Pursuant to the Court's Order on Complaint and Counterclaims After Trial on April 22, 2022 (the "**Final Order**"), the Clerk of the Superior Court of Henry County is hereby **DIRECTED** to mark as cancelled that *Notice of Lis Pendens* filed at Lien Book 1564, Page 298, Henry County, Georgia lien records. The *Notice of Lis Pendens* is hereby canceled of record pursuant to the Final Order. The Clerk of the Superior Court of Henry County is further **DIRECTED** to record this Supplemental Order with a marginal reference to Lien Book 1564, Page 298, aforesaid records. Counsel for Respondents in the above-captioned matter may submit this Supplemental Order for recording to the Clerk of the Superior Court of Henry County.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David S. Klein
David S. Klein
Georgia Bar No. 183389
Attorneys for Debtor and the Crown Respondents

2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
Tel: (404) 856-0540
dklein@rlklawfirm.com

Distribution List:

David S. Klein
Rountree Leitman & Klein, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Matthew R. Thiry
Matt Thiry Law, LLC
P.O. Box. 923054
Peachtree Corners, Georgia 30010

Jared Kim Hodges
Knowles Gallant, LLC
6400 Powers Ferry Road, Suite 350
Atlanta, Georgia 30339

Will B. Geer
Ceci Christy
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303